Honorable Thomas T. Glover
Chapter 11
**Confirmation Hearing Date:  March 19, 2010**
Hearing Time:  9:30 a.m.
Hearing Place:  Courtroom  7106
Response Date:  March 17, 2010

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

In re

S.T.O. INDUSTRIES, INC.,

                        Debtor.

No.  09-12521-TTG

ORDER CONFIRMING DEBTOR'S
**THIRD** AMENDED PLAN OF
REORGANIZATION

THIS MATTER having come before the Court for confirmation of the Third Amended

Plan of Reorganization ("Third Amended Plan") filed by S.T.O. Industries, Inc. ("STO").

The Debtor ("Debtor") appeared by and through counsel, J. Todd Tracy and Crocker Kuno

PLLC.  The Court having reviewed the files and records herein, the Declaration of Jacob

Davis in Support of Confirmation of Third Amended Plan of Reorganization, as well as all

declarations submitted in relation to the various contested cash collateral hearings in this

matter, and considered the arguments of Counsel; now, therefore it is

ORDERED that the objection to confirmation filed by Banner Bank is overruled; and

it is

ORDER CONFIRMING DEBTOR'S **THIRD**
AMENDED PLAN OF REORGANIZATION -1-

CROCKER  KUNO ₚₗₗc

720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

FURTHER ORDERED that, pursuant to 11 U.S.C. §1129, the Third Amended Plan, a copy of which is attached hereto as **Exhibit A**, is confirmed; and it is

FURTHER ORDERED that on the Confirmation Date, the provisions of the Third Amended Plan bind the Debtor, and any holder of a Claim against the Debtor, whether or not the Claim is impaired under the Third Amended Plan and whether or not such holder has accepted the Third Amended Plan; and it is

FURTHER ORDERED that the requirements of Third Amended Plan are binding upon and govern the acts of all persons including, without limitation, all holders of Claims, all filing agents or officers, title agents or companies, recorders, registrars, administrative agencies, governmental units and departments, agencies or officials thereof, secretaries of state, and all other persons who may be required by law, the duties of their office, or contract to accept, file, register, record or release any documents or instruments, or who may be required to report or insure any title or state of title in or to any of the assets of the Debtor; and it is

FURTHER ORDERED that if any provision of the Third Amended Plan is determined to be unenforceable, that determination shall not affect any other provision of the Third Amended Plan; and it is

FURTHER ORDERED that an appeal shall not affect the validity of the Third Amended Plan, or any agreement or action authorized by this Order or under the Third Amended Plan with respect to any entity acting in good faith, whether or not that entity knows of the appeal, unless this Order is stayed pending appeal; and it is

ORDER CONFIRMING DEBTOR'S **THIRD**
AMENDED PLAN OF REORGANIZATION -2-

CROCKER KUNO .....
720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

FURTHER ORDERED that the Court shall retain jurisdiction as provided for in the Third Amended Plan. The Debtor's entry of a final decree based on substantial consummation of the Third Amended Plan and approval thereof will not affect this Court's jurisdiction as retained under the Third Amended Plan.

DATED this _____ day of March, 2010.

_____
Thomas T. Glover
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

Presented by:

CROCKER KUNO PLLC


By____/s/ J. Todd Tracy_____
        J. Todd Tracy, WSBA #17342
Attorneys for Debtor


Approved as to Form, Notice of Presentation Waived:

HACKER WILLIG, INC., P.S.


By____/s/ J. Todd Tracy for Elizabeth Shea_____
(per electronic approval 3/19/10)_____
        Arnold M. Willig, WSBA #20104
        Elizabeth Shea, WSBA #27189
Attorneys for Banner Bank

ORDER CONFIRMING DEBTOR'S **THIRD**
AMENDED PLAN OF REORGANIZATION -3-

CROCKER KUNO PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

Case 09-12521-KAO  Doc 314  Filed 03/22/10  Entered 03/22/10 11:20:40  Page 3 of 48

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re | No. 09-12521-TTG |
| S.T.O. INDUSTRIES, INC., | DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION |
| Debtor. | |

S.T.O. Industries, Inc. ("STO" and/or "Debtor"), the debtor-in-possession in the above captioned Chapter 11 matter, proposes the following Debtor's Third Amended Plan of Reorganization dated December 31, 2009, pursuant to Section 1121 of Title 11 of the United States Bankruptcy Code:

## ARTICLE 1

### Definitions

As used in the Plan the following terms shall have the respective meanings specified below:

**1.1** **Administrative Creditor:** Any person entitled to payment of an administrative expense.

**1.2** **Administrative Expense:** Any cost or expense of administration of the Chapter 11 case allowed under § 503(b) of the Code, including, without limitation, any

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION -1-

CROCKER KUNO PLLC

720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

EXHIBIT A

indebtedness or obligation incurred or assumed by the Debtor, in connection with the conduct of their business in the ordinary course, or for the acquisition or lease of property or for the obtaining of services by the Debtor, all allowances of compensation or reimbursement of expenses to the extent allowed by the Court under the Code, and any fees or charges assessed against the estate of the Debtor.

  **1.3** **Allowed Claim:** Any claim against the Debtor as of the petition date, proof of which was filed on or before the date designated by the Court as the last date for filing proofs of claim or, if no proof of claim is filed, which has been or hereafter is listed by the Debtor as liquidated in amount and not disputed or contingent and, in either case, a claim as to which no objection to the allowance thereof has been interposed within the applicable period of limitation fixed by the Plan, the Code, the Rules or the Court, or as to which any objection has been interposed and/or such claim has been allowed in whole or in part by an order or judgment of the Court that is no longer subject to appeal or certiorari proceeding and as to which no appeal or certiorari proceeding is pending.

  **1.4** **Avoidance Actions:** Any and all Claims and causes of action of the Debtor arising under the Bankruptcy Code, including, without limitation, §§ 544, 545, 547, 548, 549 and 550.

  **1.5** **Bankruptcy Code:** The Bankruptcy Reform Act of 1978 as amended, Title 11, United States Code, including the amendments of the Bankruptcy Consumer Protection Act of 2005.

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION -2-

CROCKER KUNO PLLC

720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

Case 09-12524-KAO   Doc 314   Filed 03/22/10   Entered 03/22/10 13:31:20   Page 5 of 48

**1.6**     **Bankruptcy Court**:  The United States Bankruptcy Court for the Western District of Washington, at Seattle, having jurisdiction over this Chapter 11 Case pursuant to a reference made pursuant to 28 U.S.C. § 157 by the United States District Court for the Western District of Washington.

**1.7**     **Bankruptcy Rules**: The Federal Rules of Bankruptcy Procedure, and as applicable, the Local Rules of Bankruptcy Procedure of the Bankruptcy Court as amended, as applicable to the Chapter 11 Case.

**1.8**     **Cash**:  Cash, cash equivalents and other readily marketable securities or instruments including, without limitation, readily marketable direct obligations of the United States of America, certificates of deposit issued by banks and commercial paper of any entity, including interest earned or accrued thereon.

**1.9**     **Causes of Action**:  Any and all claims, rights of action, suits and proceedings, whether in law or in equity, whether known or unknown, which the Debtor may hold against any entity, including, without limitation, any causes of action brought prior to the Petition Date, and including actions against any Persons for breach of performance, whether the remedy is monetary or for specific performance, related to the Debtor's tangible and intangible interests in real property.   This definition does not include any and all causes of action which may exist under §§ 510, 542, 544 through 550 and 553 of the Bankruptcy Code.

**1.10**     **Chapter 11 Case**:  The case commenced by Debtor on March 18, 2009, under Chapter 11 of the Code, and pending in the Court as case number 09-12521-TTG.

CROCKER  KUNO ....

720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

**1.11** __Claim:__  Any right to payment from the Debtor whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured; or any right to an equitable remedy for breach of performance if such breach gives rise to a right of payment from the Debtor, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

**1.12** __Class 1 Creditor:__  A Creditor with a Claim classified in Class 1 of the Plan.

**1.13** __Class 2 Creditor:__  A Creditor with a Claim classified in Class 2 of the Plan.

**1.14** __Class 3 Creditor:__  A Creditor with a Claim classified in Class 3 of the Plan.

**1.15** __Class 4 Creditor:__  A Creditor with a Claim classified in Class 4 of the Plan.

**1.16** __Class 5 Creditor:__  A Creditor with a Claim classified in Class 5 of the Plan.

**1.17** __Class 6 Creditor:__  A Creditor with a Claim classified in Class 6 of the Plan.

**1.18** __Class 7 Interest Holder:__  A Holder of an Interest classified in Class 7 of the Plan.

**1.19** __Confirmation or Confirmation Date:__  The date upon which the Bankruptcy Court shall sign the order confirming the Plan or as it may be amended.

**1.20** __Confirmation Order:__  An order of the Court confirming the Plan in accordance with the provisions of Chapter 11 of the Code and which is not then subject to a pending motion to clarify, vacate, rehear, modify or amend.

**1.21** __Creditor:__  Any person that has a Claim against the Debtor that arose on or before the Petition Date.

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION -4-

CROCKER  KUNO ₚₗₗc

720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

Case 09-12254-KAG21-Doc 314-311Filed 03/22/10   Entered 03/22/10 13:31:29-40 of Page 7 of 48

**1.22** **Debtor or Debtor-in-Possession**: S.T.O. Industries, Inc.

**1.23** **Deficiency Claim:** The amount of the Allowed Claim minus the value of the claimant's pro-rated share of its interest in pre and/or post-petition collateral.

**1.24** **Disbursing Agent:** The party designated by the Debtor to serve as disbursing agent under this Plan of Reorganization. Initially, this will be STO Industries, Inc., the reorganized Debtor.

**1.25** **Disputed Claim:** A Claim that is listed on the Debtor's Schedules as disputed, contingent, or unliquidated, any Claim as to which the Debtor or any party in interest has interposed an objection in accordance with the Plan, the Bankruptcy Code or the Bankruptcy Rules, or a Claim that is listed on any of the Debtor's Schedules as other than disputed, contingent, or unliquidated, but as to which an objection has been filed by the Debtor or any other party in interest prior to the Effective Date, and such objection has not been determined by an order or judgment that is no longer subject to appeal or *certiorari* proceeding or as to which to appeal or certiorari proceeding is pending.

**1.26** **Effective Date:** The Effective Date shall be the eleventh (11th) day following entry of the Confirmation Order on the docket of the Bankruptcy Court, provided that said Confirmation Order is not subject to reconsideration or stay pending appeal.

**1.27** **Entity:** This term shall have the meaning set forth in § 101(15) of the Bankruptcy Code.

**1.28** **Impaired:** When used with reference to a Claim, impaired has the meaning of § 1124 of the Bankruptcy Code.

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION -5-

CROCKER KUNO PLLC

720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

**1.29**  __Insider:__  This term shall have the meaning set forth in §101(31) of the Bankruptcy Code.

**1.30**  __Loan Balance:__  The Allowed Secured Claim of a creditor after reduction for principal and interest paid thereon as of the date of calculation.

**1.31**  __Petition Date:__  March 18, 2009, the date on which the Debtor filed a voluntary petition for relief commencing the Chapter 11 case.

**1.32**  __Plan:__  This Third Amended Plan of Reorganization either in its present form or as it may be altered, amended or modified from time to time.

**1.33**  __Priority Tax Claim:__  A Claim that is entitled to priority of payment under § 507(a)(8) of the Code.

**1.34**  __Unsecured Claim:__  Any Claim other than an Administrative Expense, a Priority Tax Claim, priority non-tax claim, secured claim or claim relating to equity interests in the Debtor.

**1.35**  __Unsecured Creditor:__  Any Creditor holding an Unsecured Claim.

**1.36**  __Unsecured Deficiency Claim:__  The unsecured portion, as defined by 11 U.S.C. § 506, of any Secured Creditor's Claim.

## ARTICLE 2

### Treatment of Administrative Claim and Priority Tax Claims

**2.1**  __Full Payment:__  Except for those Administrative Expenses incurred in the ordinary course of the Debtor's business which shall be paid in full by the Reorganized Debtor on the Effective Date or, if required, as soon thereafter as such Administrative

CROCKER  KUNO ᴾʟʟᴄ

720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

Expense is allowed by the Court; or under such other time frame as may be agreed upon between the Reorganized Debtor and the administrative claimant.

**2.2** **Contested Administrative Expense:** Administrative Expenses that are contested shall be treated pursuant to Article 13 of the Plan. Administrative Expenses incurred prior to the Confirmation Date will not be allowed unless such Claims are filed with the Court within 30 days of the Effective Date.

**2.3** **Treatment of Priority Tax Claims:** Allowed Priority Tax Claim will be paid in full either: (a) in equal cash payments made on the last Business Day of every three-month period following the Effective Date, over a period not exceeding five (5) years after the assessment of the tax with interest calculated at the rate available on ninety (90) day United States Treasury securities; or (b) by the Disbursing Agent according to claim's priority when Plan Distributions are made. Interest on priority tax claims of the Internal Revenue Service shall accrue at the rate set forth in 26 U.S.C. §6621. Furthermore, in the event of default in payments, and after the Internal Revenue Service has complied with the provisions of Article 16 without cure from the Debtor, the Internal Revenue Service may utilize its usual and customary collection procedures.

**2.4** **Contested Priority Tax Claim:** Priority Claims that are contested shall be treated pursuant to Article 13 of the Plan.

\\\\\\\\\\

\\\\\\\\\\

\\\\\\\\\\

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION -7-

CROCKER KUNO PLLC

720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

**ARTICLE 3**

**Classification of Claims**

Claims are classified as follows:

Class 1:     Allowed Non Tax Priority Claims

Class 2:     Allowed Secured Claim of Banner Bank

Class 3:     Allowed Unsecured Claims $1,500.00 or Less

Class 4:     Allowed Unsecured Claims Over $1,500.00

Class 5:     Allowed Unsecured Guaranty Claims

Class 6:     Allowed Unsecured "Insider" Claims

Class 7:     Allowed Equity Interests

**ARTICLE 4**

**Provision for the Treatment of Allowed Non Tax Priority Claims**
**(Class 1)**

**4.1     Treatment:** To the extent any allowed non tax claims entitled to priority

pursuant to § 507 exist, they will be paid as soon as practical after the Effective Date or by the

Disbursing Agent according to their priority in distribution.

**4.2     Impairment:** Class 1 shall be deemed impaired by the Plan.

**ARTICLE 5**

**Provision for the Treatment of Allowed Secured Claim of Banner Bank**
**(Class 2)**

**5.1     Treatment:** The Allowed Secured Claim of Banner Bank shall be paid as set

forth herein.  If the Class 2 Claim has not become an Allowed Secured Claim by the Effective

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION -8-

CROCKER  KUNO  PLLC

720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

Date, the Debtor will nevertheless commence payments on the last day of the first full calendar month following the Effective Date, computed as provided herein as if the Allowed Secured Claim were in the amount of $3,243,942.33, payable as set forth in this Article 5. As of March 1, 2010, the Class 2 Creditor principal balance due was $3,243,942.33 plus accrued attorneys and late fees as reported in the Declaration of Christopher L. Robinson regarding statement of verified claim filed with this court on March 4, 2010. (Debtor reserves the right to object the claim.)

The existing Commercial Security Agreement UCC-1 and security agreement shall also continue to secure repayment of the Allowed Secured Claim. No modification in the terms and conditions of the Commercial Security Agreement or other security documents, other than the amendment to the promissory note herein provided, shall occur by virtue of the Plan except to the extent a term or condition is inconsistent with the terms of the Plan, in which case the Plan terms shall govern. There shall be no prepayment penalty. The amendment to the note shall provide the following:

  5.1.1 **New Principal:** The new principal balance which shall be the amount of the Allowed Secured Claim (calculated as of the Effective Date).

  5.1.2 **New Interest Rate:** The interest rate shall be set at 6.0% or such rate of interest as the Court shall find satisfies the requirements of 11 U.S.C. § 1129(b)(2)(A).

  5.1.3 **New Amortization:** The Allowed Secured Claim shall be paid in equal monthly payments of principal and interest, totaling $30,000 per month. Payments will

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION -9-

CROCKER KUNO .....
720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

commence on the first day of the first full calendar month following the Effective Date and shall be paid on the first day of each month thereafter until paid in full.

**5.1.4   New Maturity:**  The balance of any unpaid new Principal shall be due in full on the sixty (60) month anniversary of the Effective Date.

**5.1.5   Items Inconsistent:**  Where provisions in the note  or other documents defining or securing the Class 2 Claim:  (1) create a default on account of net worth or other financial ratios, bankruptcy or insolvency; (2) are inconsistent with the terms of the Plan, or (3) prohibit subordinate liens on the property; such provisions shall not remain in effect.

**5.1.6   Automatic Stay:**   To the extent that the automatic stay has been lifted prior to the effective date and a foreclosure has been commenced, on the effective date, all defaults shall be deemed cured and any foreclosure shall be terminated.  Nothing contained in this provision shall impair the ability of the Class 2 claimant from pursuing its state law remedies in the event of any defaults occurring after the Effective Date.

**5.2   Impairment:**  Class 2 is impaired under the Plan.

## ARTICLE 6

**Provision for the Treatment of Allowed Administrative Convenience Claims**
**(Unsecured Claims $1,500.00 or Less)**
**(Class 3)**

**6.1   Treatment:**  The Class 3 Creditors, including Class 4 Creditors who affirmatively elect to be treated as a Class 3 Creditor, shall receive payment of their Allowed Claims in full not later than sixty (60) days following the Effective Date or the date their

CROCKER  KUNO PLLC

720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

Claim becomes an Allowed Claim.  Payment shall be made directly by the Debtor from cash on hand.

**6.2**     **Impairment**:  Class 3 is impaired under the Plan.

# ARTICLE 7

**Provision for the Treatment of Allowed Unsecured Claims In Excess of $1,500
(Class 4)**

**7.1**     **Treatment**:  The Class 4 Creditors shall receive payment of their Allowed Claims, together with simple interest calculated at the annual rate of two and one half percent (2.5%) on the declining balance, payable in quarterly installments from the Debtor from cash on hand.  Quarterly payments will begin in the first calendar quarter following the second anniversary of the Effective Date.  Quarterly payments shall be in an amount that is not less than the amount set forth on the Cash Flow Projections, a copy of which is attached hereto as Exhibit B, and identified as Debt Service: General Unsecured claims.  Allowed Class 4 Claims shall be paid in full within sixty (60) months of the Effective Date.

**7.2**     **Election**:  Any Class 4 Creditor may affirmatively elect, on the ballot included along with the Plan, to reduce their claim to $1,500.00 and be treated as a Class 3 Creditor pursuant to Article 6.  If the election is not affirmatively made on the ballot, the Creditor will be treated pursuant to this Article.

**7.3**     **Impairment**:  Class 4 shall be deemed impaired by the Plan.

\\\\\\\\\\

\\\\\\\\\\

\\\\\\\\\\

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION -11-

CROCKER KUNO PLLC

720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

# ARTICLE 8

## Provision for the Treatment of Allowed Guaranty Claims
## (Class 5)

**8.1** **Treatment:** Any Allowed Class 5 Claim classified as a guaranty claim, representing unsecured guarantee obligations of the Debtor to third parties will not receive any distribution unless the principal obligor on the underlying debt has defaulted and the creditor has foreclosed or otherwise realized on the underlying collateral. Any Class 5 Creditor holding a guaranty claim shall be required to provide written notice to the Debtor of any default by the principal obligor on the underlying debt. The Debtor shall not be required to make payments pursuant to any unsecured guaranty unless and until the Class 5 Creditor holding the claim against the principal obligor has liquidated the principal obligor's collateral, either through foreclosure or other disposition of the asset. Any Class 5 Creditor shall provide written notice of the disposition of the primary obligor's collateral, and the amount of any remaining deficiency claim (the "deficiency notice"), and the amount of the deficiency claim shall then be entitled to treatment as a Class 4 claim, subject to objection by the parties in interest, provided that the Bankruptcy Court shall have jurisdiction with respect to such claim dispute, but further provided that any objection as to the amount or validity of the deficiency claim shall not delay the commencement of payments as provided for in Section 7.1 above. Washington state law shall apply to determine the amount of such claim, if any, after foreclosure or other disposition of the obligor's property.

**8.2** **Impairment:** Class 5 shall be deemed impaired by the Plan.

\\\\\\\\\\

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION -12-

CROCKER KUNO pllc

720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

# ARTICLE 9

## Provision for the Treatment of Allowed Unsecured "Insider" Claims
## (Class 6)

**9.1** **Treatment:** All Allowed Unsecured "Insider" Claims shall be subordinated to

Allowed Claims in Classes 2, 3, 4 and 5. Pending payment in full of all obligations owing to

General Unsecured Creditors as provided for under the Plan of Reorganization (the

"Subordination Term"), any and all obligations of STO in respect of proofs of claim or claims

filed or asserted by Jacob Davis, Lena Davis and/or Elmer Davis (individually, an "Insider"

and collectively, the "Insiders"), including principal, interest (whether pre- or postpetition),

attorneys fees and any other amounts owing to any Insider, are and shall be subordinated in all

respects (the "Subordinated Obligations") to allowed General Unsecured Claims of STO (the

"Senior Indebtedness"). During the Subordination Term, STO shall not make,

and no Insider will accept, any payments of principal, interest or any other amounts owing

upon the Subordinated Obligations or transfer any assets as security for payment of

the Subordinated Obligations. If, during the Subordination Term, any Insider receives any

payment on the Subordinated Obligations, they will hold the amount so received in trust and

will forthwith turn over such payment(s) to STO or to the Representative (as defined below)

in the form received (except for the endorsement by the Insider where necessary) for

application to and payment of the then-existing Senior Indebtedness. During the

Subordination Term, no Insider will commence any action or proceeding against STO to

recover all or any part of the Subordinated Obligations, or join with any creditor in bringing

any proceeding against STO under any bankruptcy, reorganization, readjustment of debt,

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION -13-

CROCKER KUNO pllc

720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

arrangement of debt, receivership, liquidation or insolvency law or statute of the federal or any state government.

**9.2** __Impairment:__  Class 6 shall be deemed impaired by the Plan.

## ARTICLE 10

### Provision for the Treatment of Equity Interests
### (Class 7)

**10.1** __Treatment:__  Holders of Equity Interests shall retain their interests in the Debtor. The Class 7 Equity Interests shall be subject to all of the provisions of this Plan, including but not limited to any amendments made to any articles of incorporation or pertaining by-laws.  The Class 7 Equity Interests rights shall be suspended and no distributions shall be made on account of any Class 7 Equity Interests until such time as the Class 1 through Class 6 Allowed Claims have been paid in full.

**10.2** __Impairment:__  Class 7 shall be deemed impaired by the Plan.

## ARTICLE 11

### Means for Implementing the Plan

The Allowed Class 2 Claim shall be paid in full within sixty (60) months of confirmation of the Plan.  All Allowed Claims in Classes 3 and 4 shall be paid in full within sixty (60) months of confirmation of the Plan.  The implementation of, and the distribution required under this Plan, shall be accomplished through the Debtor's normal business operations, and if necessary, the possible sale of personal property; collection on Debtor's causes of action; and contribution of future income.

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION -14-

CROCKER KUNO PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

# ARTICLE 12

## Executory Contracts and Unexpired Leases

**12.1.**   **Assumption and Rejection:**  On the Effective Date, the Debtor will assume the executory contracts and unexpired leases identified on **Exhibit A** attached to the Plan ("Plan Exhibit A").  The Debtor may amend Plan Exhibit A until commencement of the hearing on confirmation of the Plan.  Any executory contracts and unexpired leases not identified on Plan Exhibit A, as may be amended, shall be rejected.  The Debtor will give prompt notice to any party whose treatment is changed pursuant to this provision.

**12.2.**   **Procedure for Cure:**  No later than ten (10) days prior to the Confirmation Date, all parties to executory contracts and unexpired leases identified on Plan Exhibit A shall file and serve on the Debtor  a "Statement of Cure," which shall set forth in detail all amounts necessary to: (i) cure any default or breach (except those types of defaults specified in Bankruptcy Code § 365(b)(2)) as of the Confirmation Date, and (ii) compensate the party for any actual pecuniary loss resulting from any defaults as of the Confirmation Date.  The party filing the Statement of Cure, shall be bound by the amounts claimed therein, and may not amend the Statement of Cure after the deadline.  Any party to a contract identified on Plan Exhibit A not timely filing a Statement of Cure shall be deemed to have waived any claim against the Debtor for any amounts necessary to either cure any default or compensate the party for any actual pecuniary loss resulting from any defaults as of the Confirmation Date which exceed the amounts shown on Debtor's books.

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION -15-

CROCKER  KUNO ...

720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

**12.3.** **Payment of Cure:** The Debtor will pay all cure amounts in equal payments amortized over six (6) months from the Effective Date. If the cure amounts exceed what the Debtor anticipated would be the cure amounts, then the Debtor may elect to reject such unexpired lease or executory contract, notwithstanding its inclusion on Plan Exhibit A.

**12.4.** **Rejection Claims:** Claims, if any, arising from the rejection of an executory contract or unexpired lease must be filed within twenty (20) days after the Effective Date.

## ARTICLE 13

### Procedure for Resolving Contested Claims

**13.1** **Objections to Claims:** Any party in interest, including the Unsecured Creditors Committee may object to claims and administrative expenses. Objections to Claims and Administrative Expenses shall be made and served upon each holder of such Claims to which objections are made and filed with the Court within sixty (60) days of the Effective Date; provided, however, that the deadline may be extended upon *ex parte* motion to the Court.

**13.2** **Prosecution of Objections to Claims:** The objecting party shall litigate to judgment, settle, or withdraw objections to contested Claims and Administrative Expenses. No distribution shall be made to any Creditor or holder of an Administrative Expense while an objection to the Claim or Administrative Expense is pending, but the amount of the distributions on the disputed Claim or Administrative Expense shall be reserved and retained by Reorganized Debtor, and the remaining distributions to the class which includes the contested Claim or Administrative Expense shall be reduced by the amount of the contested

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION -16-

CROCKER KUNO PLLC

720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

Claim or Administrative Expense. Creditors and holders of Administrative Expenses, whose Claims and Administrative Expenses become Allowed Claims or allowed Administrative Expenses, shall receive the reserved distributions as soon as practical after they become allowed.

13.3 **Late Filed Claims:** Unless otherwise ordered by the Bankruptcy Court upon motion and notice, any proof of Claim filed after the Confirmation Date shall be automatically disallowed as a late filed Claim without further action by the Reorganized Debtor unless the Creditor obtains an order of the Court authorizing and allowing the late filed claim.

13.4 **Disputed Claims:** Notwithstanding any other provisions of the Plan, no payments or distributions shall be made on account of any disputed Claim, until such Claim becomes an Allowed Claim, and then only to the extent it becomes an Allowed Claim. The Debtor shall reserve and retain distributions that would otherwise be paid to the Claimant or holder of an Administrative Expense prior to the allowance of a Claim or Administrative Expense. Creditors and holders of Administrative Expenses whose Claims and Administrative Expenses become Allowed Claims or allowed Administrative Expenses, shall receive the reserved distributions immediately after their Claim or Administrative Expense becomes an Allowed Claim or allowed Administrative Expense.

## ARTICLE 14

### Miscellaneous Provisions

14.1 **Termination of the Plan:** The Plan shall terminate and otherwise cease to be of any force or effect upon satisfaction of all of the Plan's terms and completion of all

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION -17-

CROCKER KUNO PLLC

720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

distributions required under the Plan.

**14.2    Modification of Plan:**  The Debtor may propose amendments or modifications to the Plan at any time prior to Confirmation.  After Confirmation, the Reorganized Debtor may, with leave of court and so long as it does not materially or adversely affect the interest of Creditors or other parties in interest, remedy any defect or omission or reconcile any inconsistency in the Plan or in the Confirmation Order in such manner as may be necessary to carry out the purposes, intent, and effect of the Plan.

**14.3    Automatic Stay:**  The automatic stay provided by 11 U.S.C. § 362 shall be reinstated upon confirmation as to all parties and shall remain in full force and effect and to the extent necessary to aid in the implementation of the terms of the Plan until the Plan has been fully consummated.

**14.4    Undeliverable Distributions:**  Any distribution returned to the Debtor as undeliverable shall be held for six (6) months.  Debtor shall make reasonable efforts to locate the holder of an Allowed Claim entitled to such distribution.  After six (6) months, if no holder of an Allowed Claim asserts a claim for the undeliverable distribution, it shall become property of the bankruptcy estate and no further distributions shall be made to that claimant.

**14.5    Salary to Insiders:**  The Debtor shall pay Officer Monthly Salary as set forth in the Cash Flow Projection attached to the First Amended Disclosure Statement.  The Debtor shall pay ordinary and customary benefits, taxes, etc.  Debtor shall not pay any bonus payments, or other out of the ordinary salary to Officer until such time as the Allowed Class 4

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION -18-

CROCKER  KUNO  PLLC

720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

Claims are paid in full. Salary may be increased by the CPI-U for the Puget Sound region, not to exceed five percent (5%) annually.

## ARTICLE 15

### Retention of Jurisdiction

The Court shall retain jurisdiction of this Chapter 11 case pursuant to the provisions of the Code, until and subject to further order of the Court; specifically, the Court shall retain jurisdiction to hear or determine the following matters:

**15.1** To enable the Reorganized Debtor to consummate any and all proceedings which may be brought prior to or subsequent to the Confirmation Order.

**15.2** To consider actions to avoid, set aside, or otherwise determine the extent, validity, and priority of liens or encumbrances.

**15.3** To consider objections to Claims or the allowance thereof.

**15.4** To consider actions for the recovery of assets (including but not limited to accounts) or damages as entitled under the applicable provisions of the Code or other federal, state, or local law, including but not limited to actions based on any *ultra vires* pre-petition acts of the Debtor.

**15.5** To prosecute to resolution all related contested matters or adversary proceedings pending on the Confirmation Date or filed in the Court thereafter.

**15.6** To issue injunctions or take such other actions or make such other orders as may become necessary or appropriate to restrain interference with the Plan or its execution or implementation; to take any action to enforce and execute the Plan, the Confirmation Order,

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION -19-

CROCKER KUNO PLLC

720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

or any other order of the Court; and to issue such orders as may be necessary for the implementation, execution, performance, and consummation of the Plan.

15.7    To determine all matters that may be pending before the Court on or before the Effective Date.

15.8    To classify, allow, or disallow Claims and the direct distribution of funds under the Plan and to adjudicate all controversies concerning the classification, treatment, or allowance of any Claim.

15.9    To enforce performance of the Plan.

15.10    To hear and determine all Claims arising from the rejection of executory contracts and unexpired leases and to consummate the rejection and termination thereof.

15.11    To liquidate damages in connection with any disputed, contingent, or unliquidated Claims.

15.12    To recover all assets and properties of the estate wherever located.

15.13    To hear and determine matters concerning state, local, and federal taxes.

15.14    To determine any and all applications for allowance of pre-confirmation compensation and expense reimbursement of professionals or other Administrative Expense claimants.

15.15    To resolve any dispute related to the implementation, execution, consummation, or interpretation of the Plan or Confirmation Order and the making of distributions under this Plan.

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION -20-

CROCKER KUNO PLLC

720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

**15.16** To resolve any dispute related to the scope of duties or powers, including those related to compensation or retention of employees or professionals of the Reorganized Debtor.

**15.17** To determine all applications, motions, adversary proceedings, contested matters, actions, and any other litigation instituted in this case by or on behalf of the Reorganized Debtor.

**15.18** To hear actions required to protect the property of the Debtor from adverse Claims or interference inconsistent with this Plan, including actions to quiet or otherwise clear title to such property based upon the terms and provisions of this Plan.

**15.19** To hear and determine such other matters and make such orders as are necessary and appropriate to carry out the provisions of the Plan. The powers of this Court shall be broadly and liberally construed.

**ARTICLE 16**

**Events of Default**

In the event the Reorganized Debtor defaults under the provisions of the Plan as confirmed, including but not limited to failure to make any payment required pursuant to the Plan, as confirmed, any Creditor holding an Allowed Claim and desiring to assert such a default shall provide all parties listed in Article 17 with written notice of the alleged default. Such notice shall be delivered by United States mail to the parties at the addresses set forth in Article 17. The Reorganized Debtor shall have thirty (30) days from receipt of the written notice in which to cure the default or to schedule a hearing before the Bankruptcy Court to determine whether or not a default exists.    If a default is not cured, such Creditor providing

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION -21-

CROCKER KUNO PLLC

720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

notice may declare the entire unpaid amount of the Allowed Claim, plus any accrued and unpaid interest, immediately due and payable without presentment, demand, protest, notice of nonpayment, notice of dishonor or any other notice of any kind, and may thereafter pursue such applicable legal remedies in either state or federal court as may be appropriate.

\\\\\\\\\\\

## ARTICLE 17

### Notices

<table>
<tr><td>Crocker Kuno PLLC<br>Attn: J. Todd Tracy<br>Attn: Shelly Crocker<br>720 Olive Way, Suite 1000<br>Seattle, WA 98101<br><em>Counsel for Debtor</em></td><td>STO Industries, Inc.<br>10600 231st Way NE<br>Redmond, WA 98052</td></tr>
</table>

## ARTICLE 18

### Preservation and Pursuit of Avoidance Actions

The Debtor will retain and may enforce all Avoidance Actions which may exist under §§ 510, 542, 544 through 550 and 553 of the Bankruptcy Code or under similar state laws, including, without limitation, fraudulent conveyance claims, if any, and all other causes of action of a trustee and debtor-in-possession under the Bankruptcy Code on behalf of the Class 4 creditors. The Unsecured Creditors Committee shall have the authority to bring Avoidance Actions on behalf of the estate. Any action must be commenced with the time period set forth in 11 U.S.C. §108, provided however that the time period for commencing

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION -22-

CROCKER KUNO PLLC

720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

any action against Insiders shall be extended until such time as allowed Class 4 Claims are paid in full.

## ARTICLE 19

### Discharge and Revesting of Property

**19.1    Discharge:**  Entry of a final order confirming the Plan acts as a discharge of any and all liability of the Debtor that is dischargeable under 11 U.S.C. § 1141.  The rights afforded under this Plan and the treatment of Claims contained herein shall serve as complete satisfaction, discharge and release of all Claims and liens of any nature whatsoever, including any interest accrued on such Claims from and after the Petition Date, against the Debtor, the Debtor-in-Possession or any of their assets or properties.  Notwithstanding the foregoing, no Priority Tax Claim shall be discharged until such claims have been paid in full.

**19.2    Title to Assets:**  Except as otherwise provided by this Plan, on the Effective Date, title to all assets and properties addressed by this Plan shall be vested in the Debtor in accordance with § 1141 of the Bankruptcy Code, free and clear of all Claims.

WHEREFORE the Debtor prays for confirmation of the Plan pursuant to 11 U.S.C. § 1129 and for such other and further relief as is just, proper and equitable.

DATED this 8th day of March, 2010.

Respectfully submitted:

S.T.O. INDUSTRIES, INC.

By____/s/ Jacob Davis_____
        Jacob Davis
Its President

DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION -23-

CROCKER  KUNO  PLLC

720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

**PLAN EXHIBIT A**

**EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED**

1. **Pitney Bowes Global Financial – postage meter**

2. **JLD Properties, LLC – post-petition, court approved lease of business premises**

CROCKER KUNO PLLC

720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

**EXHIBIT B**

## S.T.O. INDUSTRIES, INC.
### (dba FANACO FASTENERS)
### CASH FLOW PROJECTION

| | Actual Jan-2010 | Feb-2010 | Mar-2010 | Apr-2010 | May-2010 | Jun-2010 | Jul-2010 | Aug-2010 | Sep-2010 | Oct-2010 | Nov-2010 | Dec-2010 | Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | | | | | | | |
| Accounts receivable collections | 607,600 | 764,300 | 743,900 | 675,000 | 756,000 | 830,300 | 837,000 | 823,500 | 814,500 | 810,000 | 749,300 | 702,000 | 9,113,400 |
| Other | | | | | | | | | | | | | - |
| | 607,600 | 764,300 | 743,900 | 675,000 | 756,000 | 830,300 | 837,000 | 823,500 | 814,500 | 810,000 | 749,300 | 702,000 | 9,113,400 |
| **Disbursements, excluding debt** | | | | | | | | | | | | | |
| Product purchases | 358,100 | 562,300 | 628,500 | 628,500 | 595,400 | 595,400 | 595,400 | 545,800 | 496,100 | 446,500 | 495,200 | 543,000 | 6,490,200 |
| Freight out | 41,700 | 43,900 | 46,800 | 52,700 | 58,500 | 52,700 | 52,700 | 52,700 | 52,700 | 43,900 | 43,900 | 35,100 | 577,300 |
| Employee costs | | | | | | | | | | | | | |
|   Commissions | 18,400 | 24,900 | 21,900 | 23,400 | 26,300 | 29,300 | 26,300 | 26,300 | 26,300 | 26,300 | 21,900 | 21,900 | 293,200 |
|   Salaries | | | | | | | | | | | | | |
|     Officers | 18,500 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 238,500 |
|     Other | 15,000 | 12,100 | 12,100 | 12,100 | 12,100 | 12,100 | 12,100 | 12,100 | 12,100 | 12,100 | 12,100 | 12,100 | 148,100 |
|   Payroll taxes | 6,200 | 5,400 | 5,100 | 5,300 | 5,900 | 5,900 | 5,600 | 5,600 | 5,600 | 5,600 | 5,100 | 5,100 | 66,100 |
|   Medical insurance | 4,200 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 6,000 | 6,000 | 6,000 | 66,200 |
|   Other benefits - 401(k) | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 11,500 |
| Occupancy | | | | | | | | | | | | | |
|   Rent | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 330,000 |
|   Operating costs | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 108,000 |
|   Less: Sublease income | | | | | | | | | | | | | - |
| Utilities | 1,600 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,800 |
| Repairs and maintenance | | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 11,000 |
| Travel and entertainment - Sales | 3,700 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 42,200 |
| Telephone | 1,800 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 23,800 |
| Insurance | 2,500 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,500 |
| Professional fees | 16,900 | - | - | - | 50,000 | - | - | - | - | - | - | - | 84,400 |
| US Trustee fees | 9,800 | - | - | 9,800 | - | - | - | - | - | - | - | - | 19,600 |
| Other | 2,600 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 41,100 |
| | 538,000 | 724,800 | 790,600 | 808,000 | 824,100 | 774,100 | 770,800 | 721,200 | 671,500 | 613,600 | 657,400 | 696,400 | 8,590,500 |
| **Excess / (shortfall) of receipts over disbursements before debt** | 69,600 | 39,500 | (46,700) | (133,000) | (68,100) | 56,200 | 66,200 | 102,300 | 143,000 | 196,400 | 91,900 | 5,600 | 522,900 |
| **Debt service** | | | | | | | | | | | | | |
| Banner Bank | | | | | | | | | | | | | |
|   Interest | (13,100) | (14,000) | (15,300) | (14,700) | (15,100) | (14,500) | (14,900) | (14,900) | (14,300) | (14,700) | (14,200) | (14,500) | (174,200) |
|   Principal | (50,000) | (50,000) | (14,700) | (15,300) | (14,900) | (15,500) | (15,100) | (15,100) | (15,700) | (15,300) | (15,800) | (15,500) | (252,900) |
| | (63,100) | (64,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (427,100) |
| Claims | | | | | | | | | | | | | |
|   General, unsecured | | | (3,000) | - | | | - | - | - | - | | | (3,000) |
|   Priority | | | | - | | | - | - | - | - | | | |
| | - | - | (3,000) | - | | | - | - | - | - | | - | (3,000) |
| **Excess / (shortfall) of receipts over disbursements after debt** | 6,500 | (24,500) | (79,700) | (163,000) | (98,100) | 26,200 | 36,200 | 72,300 | 113,000 | 166,400 | 61,900 | (24,400) | 92,800 |
| Beginning cash | 472,000 | 478,500 | 454,000 | 374,300 | 211,300 | 113,200 | 139,400 | 175,600 | 247,900 | 360,900 | 527,300 | 589,200 | 472,000 |
| Ending cash | 478,500 | 454,000 | 374,300 | 211,300 | 113,200 | 139,400 | 175,600 | 247,900 | 360,900 | 527,300 | 589,200 | 564,800 | 564,800 |

Case 09-12521-KAO   Doc 314   Filed 03/22/10   Entered 03/22/10 11:20:40   Page 29 of 48

| | Actual Jan-2010 | Feb-2010 | Mar-2010 | Apr-2010 | May-2010 | Jun-2010 | Jul-2010 | Aug-2010 | Sep-2010 | Oct-2010 | Nov-2010 | Dec-2010 | Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales / receivables** | | | | | | | | | | | | | |
| Beginning receivables | 1,200,000 | 1,357,400 | 1,268,100 | 1,244,200 | 1,379,200 | 1,523,200 | 1,502,900 | 1,475,900 | 1,462,400 | 1,457,900 | 1,322,900 | 1,248,600 | 1,200,000 |
| Sales | 765,000 | 675,000 | 720,000 | 810,000 | 900,000 | 810,000 | 810,000 | 810,000 | 810,000 | 675,000 | 675,000 | 540,000 | 9,000,000 |
| Collections | | | | | | | | | | | | | |
| On projected sales | - | (344,300) | (571,500) | (675,000) | (756,000) | (830,300) | (837,000) | (823,500) | (814,500) | (810,000) | (749,300) | (702,000) | (7,913,400) |
| On beginning receivables | (607,600) | (420,000) | (172,400) | | | | | | | | | | (1,200,000) |
| Ending receivables | 1,357,400 | 1,268,100 | 1,244,200 | 1,379,200 | 1,523,200 | 1,502,900 | 1,475,900 | 1,462,400 | 1,457,900 | 1,322,900 | 1,248,600 | 1,086,600 | 1,086,600 |
| | | | | | | | | | | | | | |
| **Inventory** | | | | | | | | | | | | | |
| Beginning inventory | 2,514,800 | 2,310,600 | 2,376,800 | 2,476,100 | 2,509,200 | 2,443,100 | 2,443,100 | 2,443,100 | 2,393,500 | 2,294,200 | 2,244,600 | 2,243,700 | 2,514,800 |
| Cost of sales | (562,300) | (496,100) | (529,200) | (595,400) | (661,500) | (595,400) | (595,400) | (595,400) | (595,400) | (496,100) | (496,100) | (396,900) | (6,615,200) |
| Purchases | 358,100 | 562,300 | 628,500 | 628,500 | 595,400 | 595,400 | 595,400 | 545,800 | 496,100 | 446,500 | 495,200 | 545,000 | 6,490,200 |
| Ending inventory | 2,310,600 | 2,376,800 | 2,476,100 | 2,509,200 | 2,443,100 | 2,443,100 | 2,443,100 | 2,393,500 | 2,294,200 | 2,244,600 | 2,243,700 | 2,389,800 | 2,389,800 |

Prior months' sales:

| Oct-2009 | Nov-2009 | Dec-2009 |
|---|---|---|
| 850,500 | 929,000 | 534,600 |

Purchases as percentage of cost of sales in following months:

| | Oct-2009 | Nov-2009 | Dec-2009 |
|---|---|---|---|
| First following | 50.0% | 50.0% | |
| Second following | 50.0% | 50.0% | |
| Adjust | | | |

(First following 50.0% / Second following 50.0% across all projected months)

**Combined collateral**

| Collateral | Beginning | Jan-2010 | Feb-2010 | Mar-2010 | Apr-2010 | May-2010 | Jun-2010 | Jul-2010 | Aug-2010 | Sep-2010 | Oct-2010 | Nov-2010 | Dec-2010 | Change for year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash | 472,000 | 478,500 | 454,000 | 374,300 | 211,300 | 113,200 | 139,400 | 175,600 | 247,900 | 360,900 | 527,300 | 589,200 | 564,800 | 92,800 |
| Receivables | 1,200,000 | 1,357,400 | 1,268,100 | 1,244,200 | 1,379,200 | 1,523,200 | 1,502,900 | 1,475,900 | 1,462,400 | 1,457,900 | 1,322,900 | 1,248,600 | 1,086,600 | (113,400) |
| Inventory | 2,514,800 | 2,310,600 | 2,376,800 | 2,476,100 | 2,509,200 | 2,443,100 | 2,443,100 | 2,443,100 | 2,395,500 | 2,294,200 | 2,244,600 | 2,243,700 | 2,389,800 | (125,000) |
| | 4,186,800 | 4,146,500 | 4,098,900 | 4,094,600 | 4,099,500 | 4,079,500 | 4,085,400 | 4,094,600 | 4,103,800 | 4,113,000 | 4,094,800 | 4,081,500 | 4,041,200 | (145,600) |
| Line balance | 3,052,600 | 3,002,600 | 2,952,600 | 2,937,900 | 2,922,600 | 2,907,700 | 2,892,200 | 2,877,100 | 2,862,000 | 2,846,300 | 2,831,000 | 2,815,200 | 2,799,700 | (252,900) |
| Excess collateral | 1,134,200 | 1,143,900 | 1,146,300 | 1,156,700 | 1,177,100 | 1,171,800 | 1,193,200 | 1,217,500 | 1,241,800 | 1,266,700 | 1,263,800 | 1,266,300 | 1,241,500 | 107,500 |

**S.T.O. INDUSTRIES, INC.**
**(dba FANACO FASTENERS)**
**CASH FLOW PROJECTION**

## Assumptions

| | Current | Actual Jan-2010 | Feb-2010 | Mar-2010 | Apr-2010 | May-2010 | Jun-2010 | Jul-2010 | Aug-2010 | Sep-2010 | Oct-2010 | Nov-2010 | Dec-2010 | Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales 2009 - 10** | | | | | | | | | | | | | | |
| % of annual sales by month | | 8.50% | 7.50% | 8.00% | 9.00% | 10.00% | 9.00% | 9.00% | 9.00% | 9.00% | 7.50% | 7.50% | 6.00% | 100.00% |
| Annual Sales 9,000,000 | | | | | | | | | | | | | | |
| Sales by month | | 765,000 | 675,000 | 720,000 | 810,000 | 900,000 | 810,000 | 810,000 | 810,000 | 810,000 | 675,000 | 675,000 | 540,000 | 9,000,000 |
| **Sales 2010 - 11** | | Jan-2011 | Feb-2011 | Mar-2011 | Apr-2011 | May-2011 | Jun-2011 | Jul-2011 | Aug-2011 | Sep-2011 | Sep-2011 | Sep-2011 | Sep-2011 | |
| Annual Sales 9,500,000 | | | | | | | | | | | | | | |
| Sales by month | | 807,500 | 712,500 | 760,000 | 855,000 | 950,000 | 855,000 | 855,000 | 855,000 | 855,000 | 712,500 | 712,500 | 570,000 | 9,500,000 |
| Cost of sales by month | | (593,500) | (523,700) | (558,600) | (628,400) | (698,300) | (628,400) | (628,400) | (628,400) | (628,400) | (523,700) | (523,700) | (419,000) | (6,982,500) |
| **Receivable collections** | | | | | | | | | | | | | | |
| On projected sales | | | | | | | | | | | | | | |
| Same month as sale | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| First following month | | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | |
| Second following month | | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | |
| Third following month | | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | |
| Later | | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | |
| | | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | |
| Sales margin as % of sales | | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | |
| Freight out as percent of sales | | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | |
| **Other salaries** | | | | | | | | | | | | | | |
| Bookkeeper | 3,166 | 3,324 | 3,324 | 3,324 | 3,324 | 3,324 | 3,324 | 3,324 | 3,324 | 3,324 | 3,324 | 3,324 | 3,324 | |
| Purchasing / warehouse | 3,000 | 3,150 | 3,150 | 3,150 | 3,150 | 3,150 | 3,150 | 3,150 | 3,150 | 3,150 | 3,150 | 3,150 | 3,150 | |
| Warehouse (0.5 FTE) | 1,392 | 1,462 | 1,462 | 1,462 | 1,462 | 1,462 | 1,462 | 1,462 | 1,462 | 1,462 | 1,462 | 1,462 | 1,462 | |
| Customer service (0.5 FTE) | 2,272 | 2,386 | 2,386 | 2,386 | 2,386 | 2,386 | 2,386 | 2,386 | 2,386 | 2,386 | 2,386 | 2,386 | 2,386 | |
| Customer service (0.5 FTE) | 1,640 | 1,722 | 1,722 | 1,722 | 1,722 | 1,722 | 1,722 | 1,722 | 1,722 | 1,722 | 1,722 | 1,722 | 1,722 | |
| Jan-10 increase | 5% | | | | | | | | | | | | | |
| **Commissions** | | | | | | | | | | | | | | |
| Melded as percent of prior month sales | | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | |
| **Payroll taxes** | | | | | | | | | | | | | | |
| Officer | | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | |
| Other | | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | |
| **Employee medical insurance** | Current | | | | | | | | | | | | | |
| Officer | 1,000 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,200 | 1,200 | 1,200 | |
| Other | 4,000 | 4,400 | 4,400 | 4,400 | 4,400 | 4,400 | 4,400 | 4,400 | 4,400 | 4,400 | 4,800 | 4,800 | 4,800 | |
| Oct-10 increase | 10% | | | | | | | | | | | | | |
| 401(k) match, ex commissions | | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | |

## S.T.O. INDUSTRIES, INC.
## (dba FANACO FASTENERS)
## CASH FLOW PROJECTION

| | Actual Jan-2010 | Feb-2010 | Mar-2010 | Apr-2010 | May-2010 | Jun-2010 | Jul-2010 | Aug-2010 | Sep-2010 | Oct-2010 | Nov-2010 | Dec-2010 | Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Statement** | | | | | | | | | | | | | |
| Sales | 765,000 | 675,000 | 720,000 | 810,000 | 900,000 | 810,000 | 810,000 | 810,000 | 810,000 | 675,000 | 675,000 | 540,000 | 9,000,000 |
| Cost of goods sold | (562,300) | (496,100) | (529,200) | (595,400) | (661,500) | (595,400) | (595,400) | (595,400) | (595,400) | (496,100) | (496,100) | (396,900) | (6,615,200) |
| Gross margin | 202,700 | 178,900 | 190,800 | 214,600 | 238,500 | 214,600 | 214,600 | 214,600 | 214,600 | 178,900 | 178,900 | 143,100 | 2,384,800 |
| Freight out | 41,700 | 43,900 | 46,800 | 52,700 | 58,500 | 52,700 | 52,700 | 52,700 | 52,700 | 43,900 | 43,900 | 35,100 | 577,300 |
| Employee costs | 62,800 | 68,900 | 65,600 | 67,300 | 70,500 | 73,800 | 70,500 | 70,500 | 70,500 | 71,000 | 66,100 | 66,100 | 823,600 |
| Occupancy | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 438,000 |
| Other costs | 38,900 | 13,200 | 13,200 | 23,000 | 63,200 | 15,700 | 15,700 | 15,700 | 15,700 | 15,700 | 15,700 | 15,700 | 261,400 |
| Income / (loss) before interest, taxes, and depreciation | 22,800 | 16,400 | 28,700 | 35,100 | 9,800 | 35,900 | 39,200 | 39,200 | 39,200 | 11,800 | 16,700 | (10,300) | 284,500 |
| Interest expense | 13,100 | 14,000 | 15,300 | 14,700 | 15,100 | 14,500 | 14,900 | 14,900 | 14,300 | 14,700 | 14,200 | 14,500 | 174,200 |
| Income / (loss) before income taxes and depreciation | 9,700 | 2,400 | 13,400 | 20,400 | (5,300) | 21,400 | 24,300 | 24,300 | 24,900 | (2,900) | 2,500 | (24,800) | 110,300 |
| Income tax at          0% | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Income / (loss) | 9,700 | 2,400 | 13,400 | 20,400 | (5,300) | 21,400 | 24,300 | 24,300 | 24,900 | (2,900) | 2,500 | (24,800) | 110,300 |

**Claim Assumptions**

| | | |
|---|---|---|
| General, unsecured claims | | |
| Lease rejection | | 257,000 |
| Trade | | 175,000 |
| Guarantee | | - |
| Less: Convenience Class less | | |
| than          $          1,000 | | (3,000) |
| Balance | | 409,000 |
| Payment term (years) | | 5 |
| Payments per year | | 4 |
| Annual interest rate | | 2.5% |
| Priority claims | | - |
| Income tax after carryback | | - |
| Other | | - |
| Payment term (years) | | 4 |
| Payments per year | | 4 |
| Interest rate | | 5.00% |

**Key Assumptions**

| | | |
|---|---|---|
| Annual sales | | |
| 2010 | | 9,000,000 |
| 2011 at          5% | | 9,500,000 |
| 2012 at          5% | | 10,000,000 |
| 2013 at          5% | | 10,500,000 |
| 2014 at          5% | | 11,000,000 |
| Margin as % of sales | | 26.50% |
| Freight as % of sales | | 6.50% |
| Officer monthly salary | | 20,000 |
| Banner term loan | | |
| Interest rate | | 6.00% |
| Amortization period (years) | n/a | |
| Annual increases in other costs | | 3.0% |

| | Jan-2011 | Feb-2011 | Mar-2011 | Apr-2011 | May-2011 | Jun-2011 | Jul-2011 | Aug-2011 | Sep-2011 | Oct-2011 | Nov-2011 | Dec-2011 | Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | | | | | | | |
| Accounts receivable collections | 621,000 | 768,100 | 789,300 | 734,800 | 812,300 | 895,400 | 883,500 | 859,800 | 859,800 | 855,000 | 776,600 | 726,800 | 9,582,400 |
| Other | | | | | | | | | | | | | - |
| | 621,000 | 768,100 | 789,300 | 734,800 | 812,300 | 895,400 | 883,500 | 859,800 | 859,800 | 855,000 | 776,600 | 726,800 | 9,582,400 |
| **Disbursements, excluding debt** | | | | | | | | | | | | | |
| Product purchases | 541,200 | 595,500 | 665,400 | 663,400 | 628,400 | 628,400 | 628,400 | 576,100 | 523,700 | 471,400 | 521,900 | 588,100 | 7,027,900 |
| Freight out | 52,500 | 46,500 | 49,400 | 55,600 | 61,800 | 55,600 | 55,600 | 55,600 | 55,600 | 46,300 | 46,300 | 37,100 | 617,700 |
| Employee costs | | | | | | | | | | | | | |
| Commissions | 17,600 | 26,200 | 23,200 | 24,700 | 27,800 | 30,900 | 27,800 | 27,800 | 27,800 | 27,800 | 23,200 | 23,200 | 308,000 |
| Salaries | | | | | | | | | | | | | |
| Officers | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 240,000 |
| Other | 12,700 | 12,700 | 12,700 | 12,700 | 12,700 | 12,700 | 12,700 | 12,700 | 12,700 | 12,700 | 12,700 | 12,700 | 152,400 |
| Payroll taxes | 4,700 | 5,600 | 5,300 | 5,500 | 5,800 | 6,100 | 5,800 | 5,800 | 5,800 | 5,800 | 5,300 | 5,300 | 66,800 |
| Medical insurance | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,600 | 6,600 | 73,800 |
| Other benefits - 401(k) | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| Occupancy | | | | | | | | | | | | | |
| Rent | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 330,000 |
| Operating costs | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 108,000 |
| Less:      Sublease income | | | | | | | | | | | | | - |
| Utilities | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| Repairs and maintenance | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| Travel and entertainment - Sales | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 42,000 |
| Telephone | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 |
| Insurance | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 |
| Professional fees | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 |
| US Trustee fees | | | | | | | | | | | | | - |
| Other | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 42,000 |
| Income taxes | | | | | | | | | | | | | - |
| | 707,900 | 765,500 | 833,200 | 841,100 | 815,700 | 812,900 | 809,500 | 757,200 | 704,800 | 643,800 | 689,200 | 746,200 | 9,125,000 |
| **Excess / (shortfall) of receipts over disbursements before debt** | (86,900) | 4,600 | (43,900) | (106,300) | (6,400) | 82,500 | 74,000 | 102,600 | 155,000 | 211,200 | 87,400 | (19,400) | 457,400 |
| **Debt service** | | | | | | | | | | | | | |
| Banner Bank | | | | | | | | | | | | | |
| Interest | (14,500) | (13,000) | (14,300) | (13,800) | (14,100) | (13,600) | (14,000) | (13,900) | (13,400) | (13,700) | (13,200) | (13,500) | (165,000) |
| Principal | (15,500) | (17,000) | (15,700) | (16,200) | (15,900) | (16,000) | (16,000) | (16,100) | (16,000) | (16,300) | (16,800) | (16,500) | (195,000) |
| | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (360,000) |
| Claims | | | | | | | | | | | | | |
| General, unsecured | | | | | | | | | | | | | - |
| Priority | | | | | | | | | | | | | - |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Excess / (shortfall) of receipts over disbursements after debt** | (116,900) | (25,400) | (73,900) | (136,300) | (33,400) | 52,500 | 44,000 | 72,600 | 125,000 | 181,200 | 57,400 | (49,400) | 97,400 |
| **Beginning cash** | 564,800 | 447,900 | 422,500 | 348,600 | 212,300 | 178,900 | 231,400 | 275,400 | 348,000 | 473,000 | 654,200 | 711,600 | 564,800 |
| **Ending cash** | 447,900 | 422,500 | 348,600 | 212,300 | 178,900 | 231,400 | 275,400 | 348,000 | 473,000 | 654,200 | 711,600 | 662,200 | 662,200 |

S.T.O. INDUSTRIES, INC.
(dba FANACO FASTENERS)
CASH FLOW PROJECTION

| | Beginning | Jan-2011 | Feb-2011 | Mar-2011 | Apr-2011 | May-2011 | Jun-2011 | Jul-2011 | Aug-2011 | Sep-2011 | Oct-2011 | Nov-2011 | Dec-2011 | Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales / receivables** | | | | | | | | | | | | | | |
| Beginning receivables | | 1,086,600 | 1,273,100 | 1,217,500 | 1,188,200 | 1,308,400 | 1,446,100 | 1,405,700 | 1,377,200 | 1,372,400 | 1,367,600 | 1,225,100 | 1,161,000 | 1,086,600 |
| Sales | | 807,500 | 712,500 | 760,000 | 855,000 | 950,000 | 855,000 | 855,000 | 855,000 | 855,000 | 712,500 | 712,500 | 570,000 | 9,500,000 |
| Collections | | | | | | | | | | | | | | |
| On projected sales | | (621,000) | (768,100) | (789,300) | (734,800) | (812,300) | (895,400) | (885,500) | (859,800) | (859,800) | (855,000) | (776,600) | (726,800) | (9,582,400) |
| Ending receivables | | 1,273,100 | 1,217,500 | 1,188,200 | 1,308,400 | 1,446,100 | 1,405,700 | 1,377,200 | 1,372,400 | 1,367,600 | 1,225,100 | 1,161,000 | 1,004,200 | 1,004,200 |
| | | | | | | | | | | | | | | |
| **Inventory** | | | | | | | | | | | | | | |
| Beginning inventory | | 2,389,800 | 2,337,500 | 2,407,300 | 2,512,100 | 2,547,100 | 2,477,200 | 2,477,200 | 2,477,200 | 2,424,900 | 2,320,200 | 2,267,900 | 2,266,100 | 2,389,800 |
| Cost of sales | | (593,500) | (523,700) | (558,600) | (628,400) | (698,300) | (628,400) | (628,400) | (628,400) | (628,400) | (523,700) | (523,700) | (419,000) | (6,982,500) |
| Purchases | | | | | | | | | | | | | | |
| Calculated | | 541,200 | 593,500 | 663,400 | 663,400 | 628,400 | 628,400 | 628,400 | 576,100 | 523,700 | 471,400 | 521,900 | 588,100 | 7,027,900 |
| Adjustments | | | | | | | | | | | | | | - |
| Ending inventory | | 2,337,500 | 2,407,300 | 2,512,100 | 2,547,100 | 2,477,200 | 2,477,200 | 2,477,200 | 2,424,900 | 2,320,200 | 2,267,900 | 2,266,100 | 2,435,200 | 2,435,200 |
| | | | | | | | | | | | | | | |
| Purchases as percentage of cost of sales in following months | | | | | | | | | | | | | | |
| First following | | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | |
| Second following | | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | |
| Adjust: | | | | | | | | | | | | | | |

| | Beginning | Jan-2011 | Feb-2011 | Mar-2011 | Apr-2011 | May-2011 | Jun-2011 | Jul-2011 | Aug-2011 | Sep-2011 | Oct-2011 | Nov-2011 | Dec-2011 | Change for year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Combined collateral** | | | | | | | | | | | | | | |
| Collateral | | | | | | | | | | | | | | |
| Cash | 564,800 | 447,900 | 422,500 | 348,600 | 212,300 | 178,900 | 231,400 | 275,400 | 348,000 | 473,000 | 654,200 | 711,600 | 662,200 | 97,400 |
| Receivables | 1,086,600 | 1,273,100 | 1,217,500 | 1,188,200 | 1,308,400 | 1,446,100 | 1,405,700 | 1,377,200 | 1,372,400 | 1,367,600 | 1,225,100 | 1,161,000 | 1,004,200 | (82,400) |
| Inventory | 2,389,800 | 2,337,500 | 2,407,300 | 2,512,100 | 2,547,100 | 2,477,200 | 2,477,200 | 2,477,200 | 2,424,900 | 2,320,200 | 2,267,900 | 2,266,100 | 2,435,200 | 45,400 |
| Line balance | 4,041,200 | 4,058,500 | 4,047,300 | 4,048,900 | 4,067,800 | 4,102,200 | 4,114,300 | 4,129,800 | 4,145,300 | 4,160,800 | 4,147,200 | 4,138,700 | 4,101,600 | 60,400 |
| | 2,799,700 | 2,784,200 | 2,767,200 | 2,751,500 | 2,735,300 | 2,719,400 | 2,703,000 | 2,687,000 | 2,670,900 | 2,654,300 | 2,638,000 | 2,621,200 | 2,604,700 | (195,000) |
| Excess collateral | 1,241,500 | 1,274,300 | 1,280,100 | 1,297,400 | 1,332,500 | 1,382,800 | 1,411,300 | 1,442,800 | 1,474,400 | 1,506,500 | 1,509,200 | 1,517,500 | 1,496,900 | 255,400 |

S.T.O. INDUSTRIES, INC.
(dba FANACO FASTENERS)
CASH FLOW PROJECTION

| | Jan-2011 | Feb-2011 | Mar-2011 | Apr-2011 | May-2011 | Jun-2011 | Jul-2011 | Aug-2011 | Sep-2011 | Oct-2011 | Nov-2011 | Dec-2011 | Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assumptions** | | | | | | | | | | | | | |
| % of annual sales by month | 8.50% | 7.50% | 8.00% | 9.00% | 10.00% | 9.00% | 9.00% | 9.00% | 9.00% | 7.50% | 7.50% | 6.00% | 100.00% |
| Annual Sales | | | | | | | | | | | | | |
| 2011 | 9,500,000 | | | | | | | | | | | | |
| 2012 | 10,000,000 | | | | | | | | | | | | |
| 2013 | 10,500,000 | | | | | | | | | | | | |
| 2014 | 11,000,000 | | | | | | | | | | | | |
| 2015 | 11,600,000 | | | | | | | | | | | | |
| Sales by month | 807,500 | 712,500 | 760,000 | 855,000 | 950,000 | 855,000 | 855,000 | 855,000 | 855,000 | 712,500 | 712,500 | 570,000 | 9,500,000 |
| | | | | | | | | | | | | | |
| Receivable collections | | | | | | | | | | | | | |
| On projected sales | | | | | | | | | | | | | |
| Same month as sale | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| First following month | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | |
| Second following month | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | |
| Third following month | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | |
| Later | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | |
| | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | |
| | | | | | | | | | | | | | |
| Sales margin as % of sales | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | |
| Freight out as percent of sales | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | |
| | | | | | | | | | | | | | |
| Other salaries | | | | | | | | | | | | | |
| Bookkeeper | 3,490 | 3,490 | 3,490 | 3,490 | 3,490 | 3,490 | 3,490 | 3,490 | 3,490 | 3,490 | 3,490 | 3,490 | |
| Purchasing / warehouse | 3,308 | 3,308 | 3,308 | 3,308 | 3,308 | 3,308 | 3,308 | 3,308 | 3,308 | 3,308 | 3,308 | 3,308 | |
| Warehouse (0.5 FTE) | 1,535 | 1,535 | 1,535 | 1,535 | 1,535 | 1,535 | 1,535 | 1,535 | 1,535 | 1,535 | 1,535 | 1,555 | |
| Customer service (0.5 FTE) | 2,505 | 2,505 | 2,505 | 2,505 | 2,505 | 2,505 | 2,505 | 2,505 | 2,505 | 2,505 | 2,505 | 2,505 | |
| Customer service (0.5 FTE) | 1,808 | 1,808 | 1,808 | 1,808 | 1,808 | 1,808 | 1,808 | 1,808 | 1,808 | 1,808 | 1,808 | 1,808 | |
| Annual increases in January | 5% | | | | | | | | | | | | |
| Commissions | | | | | | | | | | | | | |
| Melded as percent of prior month sales | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | |
| Payroll taxes | | | | | | | | | | | | | |
| Officer | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | |
| Other | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | |
| Employee medical insurance | Beginning | | | | | | | | | | | | |
| Officer | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,300 | 1,300 | 1,300 | |
| Other | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 5,300 | 5,300 | 5,300 | |
| Annual increases in October | | | | | | | | | | 10.0% | | | |
| 401(k) match, ex commissions | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | |

## S.T.O. INDUSTRIES, INC.
### (dba FANACO FASTENERS)
### CASH FLOW PROJECTION

| | Jan-2011 | Feb-2011 | Mar-2011 | Apr-2011 | May-2011 | Jun-2011 | Jul-2011 | Aug-2011 | Sep-2011 | Oct-2011 | Nov-2011 | Dec-2011 | Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Statement** | | | | | | | | | | | | | |
| Sales | 807,500 | 712,500 | 760,000 | 855,000 | 950,000 | 855,000 | 855,000 | 855,000 | 855,000 | 712,500 | 712,500 | 570,000 | 9,500,000 |
| Cost of goods sold | (593,500) | (523,700) | (558,600) | (628,400) | (698,300) | (628,400) | (628,400) | (628,400) | (628,400) | (523,700) | (523,700) | (419,000) | (6,982,500) |
| Gross margin | 214,000 | 188,800 | 201,400 | 226,600 | 251,700 | 226,600 | 226,600 | 226,600 | 226,600 | 188,800 | 188,800 | 151,000 | 2,517,500 |
| Freight out | 52,500 | 46,300 | 49,400 | 55,600 | 61,800 | 55,600 | 55,600 | 55,600 | 55,600 | 46,300 | 46,300 | 37,100 | 617,700 |
| Employee costs | 62,000 | 71,500 | 68,200 | 69,900 | 73,300 | 76,700 | 73,300 | 73,300 | 73,300 | 73,300 | 68,800 | 68,800 | 853,000 |
| Occupancy | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 438,000 |
| Other costs | 15,700 | 15,700 | 15,700 | 15,700 | 15,700 | 15,700 | 15,700 | 15,700 | 15,700 | 15,700 | 15,700 | 15,700 | 188,400 |
| Income / (loss) before interest, taxes, and depreciation | 47,300 | 18,800 | 31,600 | 48,900 | 64,400 | 42,100 | 45,500 | 45,500 | 45,500 | 16,400 | 21,500 | (7,100) | 420,400 |
| Interest expense | 14,500 | 13,000 | 14,300 | 13,800 | 14,100 | 13,600 | 14,000 | 13,900 | 13,400 | 13,700 | 13,200 | 13,500 | 165,000 |
| Income / (loss) before income taxes and depreciation | 32,800 | 5,800 | 17,300 | 35,100 | 50,300 | 28,500 | 31,500 | 31,600 | 32,100 | 2,700 | 8,300 | (20,600) | 255,400 |
| Income tax at        0% / 32% | | | | | | | | | | | | | |
| Income / (loss) | 32,800 | 5,800 | 17,300 | 35,100 | 50,300 | 28,500 | 31,500 | 31,600 | 32,100 | 2,700 | 8,300 | (20,600) | 255,400 |

## S.T.O. INDUSTRIES, INC.
### (dba FANACO FASTENERS)
### CASH FLOW PROJECTION

| | Jan-2012 | Feb-2012 | Mar-2012 | Apr-2012 | May-2012 | Jun-2012 | Jul-2012 | Aug-2012 | Sep-2012 | Oct-2012 | Nov-2012 | Dec-2012 | Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | | | | | | | |
| Accounts receivable collections | 641,300 | 738,300 | 774,100 | 773,500 | 855,000 | 942,500 | 950,000 | 905,000 | 905,000 | 900,000 | 817,500 | 765,000 | 9,947,200 |
| Other | | | | | | | | | | | | | - |
| | 641,300 | 738,300 | 774,100 | 773,500 | 855,000 | 942,500 | 950,000 | 905,000 | 905,000 | 900,000 | 817,500 | 765,000 | 9,947,200 |
| **Disbursements, excluding debt** | | | | | | | | | | | | | |
| Product purchases | 569,700 | 624,800 | 698,300 | 698,300 | 661,500 | 661,500 | 661,500 | 606,400 | 551,300 | 496,200 | 548,500 | 617,400 | 7,395,400 |
| Freight out | 55,300 | 48,800 | 52,000 | 58,500 | 65,000 | 58,500 | 58,500 | 58,500 | 58,500 | 48,800 | 48,800 | 39,000 | 650,200 |
| Employee costs | | | | | | | | | | | | | |
| Commissions | 18,500 | 27,600 | 24,400 | 26,000 | 29,300 | 32,500 | 29,300 | 29,300 | 29,300 | 29,300 | 24,400 | 24,400 | 324,300 |
| Salaries | | | | | | | | | | | | | - |
| Officers | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 240,000 |
| Other | 13,300 | 13,300 | 13,300 | 13,300 | 13,300 | 13,300 | 13,300 | 13,300 | 13,300 | 13,300 | 13,300 | 13,300 | 159,600 |
| Payroll taxes | 4,900 | 5,800 | 5,500 | 5,700 | 6,300 | 6,300 | 6,000 | 6,000 | 6,000 | 6,000 | 5,500 | 5,500 | 69,200 |
| Medical insurance | 6,600 | 6,600 | 6,600 | 6,600 | 6,600 | 6,600 | 6,600 | 6,600 | 6,700 | 7,200 | 7,200 | 7,200 | 81,100 |
| Other benefits - 401(k) | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| Occupancy | | | | | | | | | | | | | |
| Rent | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 330,000 |
| Operating costs | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 108,000 |
| Less: Sublease income | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| Repairs and maintenance | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| Travel and entertainment - Sales | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 42,000 |
| Telephone | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 |
| Insurance | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 |
| Professional fees | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 |
| US Trustee fees | | | | | | | | | | | | | |
| Other | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 43,200 |
| Income taxes | | | | | | | | | | | | 106,500 | 106,500 |
| | 741,600 | 800,200 | 873,400 | 881,700 | 855,000 | 852,000 | 848,500 | 795,400 | 738,400 | 674,100 | 721,000 | 886,600 | 9,665,900 |
| **Excess / (shortfall) of receipts over disbursements before debt** | (100,300) | (61,900) | (99,300) | (108,200) | - | 90,500 | 81,500 | 111,600 | 166,600 | 225,900 | 96,500 | (121,600) | 281,300 |
| **Debt service** | | | | | | | | | | | | | |
| Banner Bank | | | | | | | | | | | | | |
| Interest | (13,500) | (12,500) | (13,300) | (12,800) | (13,100) | (12,600) | (12,900) | (12,800) | (12,500) | (12,700) | (12,200) | (12,500) | (153,200) |
| Principal | (16,500) | (17,500) | (16,700) | (17,200) | (16,900) | (17,400) | (17,100) | (17,200) | (17,700) | (17,300) | (17,800) | (17,500) | (206,800) |
| | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (360,000) |
| **Claims** | | | | | | | | | | | | | |
| General, unsecured | | | | | | | | | | | | | |
| Priority | | | | (21,800) | | | (21,800) | | | (21,800) | | | (65,400) |
| | | | | (21,800) | | | (21,800) | | | (21,800) | | | (65,400) |
| **Excess / (shortfall) of receipts over disbursements after debt** | (130,300) | (91,900) | (129,300) | (160,000) | (30,000) | 60,500 | 29,700 | 81,600 | 136,600 | 174,100 | 66,500 | (151,600) | (144,100) |
| **Beginning cash** | 662,200 | 531,900 | 440,000 | 310,700 | 150,700 | 120,700 | 181,200 | 210,900 | 292,500 | 429,100 | 603,200 | 669,700 | 662,200 |
| **Ending cash** | 531,900 | 440,000 | 310,700 | 150,700 | 120,700 | 181,200 | 210,900 | 292,500 | 429,100 | 603,200 | 669,700 | 518,100 | 518,100 |

S.T.O. INDUSTRIES, INC.
(dba FANACO FASTENERS)
CASH FLOW PROJECTION

| | Jan-2012 | Feb-2012 | Mar-2012 | Apr-2012 | May-2012 | Jun-2012 | Jul-2012 | Aug-2012 | Sep-2012 | Oct-2012 | Nov-2012 | Dec-2012 | Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales / receivables** | | | | | | | | | | | | | |
| Beginning receivables | 1,004,200 | 1,212,900 | 1,224,600 | 1,250,500 | 1,377,000 | 1,522,000 | 1,479,500 | 1,449,500 | 1,444,500 | 1,439,500 | 1,289,500 | 1,222,000 | 1,004,200 |
| Sales | 850,000 | 750,000 | 800,000 | 900,000 | 1,000,000 | 900,000 | 900,000 | 900,000 | 900,000 | 750,000 | 750,000 | 600,000 | 10,000,000 |
| Collections | | | | | | | | | | | | | |
| On projected sales | (641,300) | (738,300) | (774,100) | (773,500) | (855,000) | (942,500) | (930,000) | (905,000) | (905,000) | (900,000) | (817,500) | (765,000) | (9,947,200) |
| Ending receivables | 1,212,900 | 1,224,600 | 1,250,500 | 1,377,000 | 1,522,000 | 1,479,500 | 1,449,500 | 1,444,500 | 1,439,500 | 1,289,500 | 1,222,000 | 1,057,000 | 1,057,000 |
| **Inventory** | | | | | | | | | | | | | |
| Beginning inventory | 2,435,200 | 2,380,100 | 2,453,600 | 2,563,900 | 2,600,700 | 2,527,200 | 2,527,200 | 2,527,200 | 2,472,100 | 2,361,900 | 2,306,800 | 2,304,000 | 2,435,200 |
| Cost of sales | (624,800) | (551,300) | (588,000) | (661,500) | (735,000) | (661,500) | (661,500) | (661,500) | (661,500) | (551,300) | (551,300) | (441,000) | (7,350,200) |
| Purchases | | | | | | | | | | | | | |
| Calculated | 569,700 | 624,800 | 698,300 | 698,300 | 661,500 | 661,500 | 661,500 | 606,400 | 551,300 | 496,200 | 548,500 | 617,400 | 7,395,400 |
| Adjustments | | | | | | | | | | | | | - |
| Ending inventory | 2,380,100 | 2,453,600 | 2,563,900 | 2,600,700 | 2,527,200 | 2,527,200 | 2,527,200 | 2,472,100 | 2,361,900 | 2,306,800 | 2,304,000 | 2,480,400 | 2,480,400 |
| **Purchases as percentage of cost of sales in following months** | | | | | | | | | | | | | |
| First following | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | |
| Second following | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | |
| Adjust: | | | | | | | | | | | | | |
| **Combined collateral** | | | | | | | | | | | | | Change for year |
| Collateral | | | | | | | | | | | | | (144,100) |
| Cash | 531,900 | 440,000 | 310,700 | 150,700 | 120,700 | 181,200 | 210,900 | 292,500 | 429,100 | 603,200 | 669,700 | 518,100 | (144,100) |
| Receivables | 1,212,900 | 1,224,600 | 1,250,500 | 1,377,000 | 1,522,000 | 1,479,500 | 1,449,500 | 1,444,500 | 1,439,500 | 1,289,500 | 1,222,000 | 1,057,000 | 52,800 |
| Inventory | 2,380,100 | 2,453,600 | 2,563,900 | 2,600,700 | 2,527,200 | 2,527,200 | 2,527,200 | 2,472,100 | 2,361,900 | 2,306,800 | 2,304,000 | 2,480,400 | 45,200 |
| | 4,124,900 | 4,118,200 | 4,125,100 | 4,128,400 | 4,169,900 | 4,187,900 | 4,187,600 | 4,209,100 | 4,230,500 | 4,199,500 | 4,195,700 | 4,055,500 | (46,100) |
| Line balance | 2,588,200 | 2,570,700 | 2,554,000 | 2,536,800 | 2,519,900 | 2,502,500 | 2,485,400 | 2,468,200 | 2,450,500 | 2,433,200 | 2,415,400 | 2,397,900 | (206,800) |
| Excess collateral | 1,536,700 | 1,547,500 | 1,571,100 | 1,591,600 | 1,650,000 | 1,685,400 | 1,702,200 | 1,740,900 | 1,780,000 | 1,766,300 | 1,780,300 | 1,657,600 | 160,700 |

S.T.O. INDUSTRIES, INC.
(dba FANACO FASTENERS)
CASH FLOW PROJECTION

| | Jan-2012 | Feb-2012 | Mar-2012 | Apr-2012 | May-2012 | Jun-2012 | Jul-2012 | Aug-2012 | Sep-2012 | Oct-2012 | Nov-2012 | Dec-2012 | Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assumptions** | | | | | | | | | | | | | |
| % of annual sales by month | 8.50% | 7.50% | 8.00% | 9.00% | 10.00% | 9.00% | 9.00% | 9.00% | 9.00% | 7.50% | 7.50% | 6.00% | 100.00% |
| Annual Sales | | | | | | | | | | | | | |
| 2011 | 9,500,000 | | | | | | | | | | | | |
| 2012 | 10,000,000 | | | | | | | | | | | | |
| 2013 | 10,500,000 | | | | | | | | | | | | |
| 2014 | 11,000,000 | | | | | | | | | | | | |
| 2015 | 11,600,000 | | | | | | | | | | | | |
| Sales by month | 850,000 | 750,000 | 800,000 | 900,000 | 1,000,000 | 900,000 | 900,000 | 900,000 | 900,000 | 750,000 | 750,000 | 600,000 | 10,000,000 |
| | | | | | | | | | | | | | |
| Receivable collections | | | | | | | | | | | | | |
| On projected sales | | | | | | | | | | | | | |
| Same month as sale | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| First following month | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | |
| Second following month | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | |
| Third following month | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | |
| Later | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | |
| | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | |
| | | | | | | | | | | | | | |
| Sales margin as % of sales | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | |
| Freight out as percent of sales | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | |
| | | | | | | | | | | | | | |
| Other salaries | | | | | | | | | | | | | |
| Bookkeeper | 3,665 | 3,665 | 3,665 | 3,665 | 3,665 | 3,665 | 3,665 | 3,665 | 3,665 | 3,665 | 3,665 | 3,665 | |
| Purchasing / warehouse | 3,473 | 3,473 | 3,473 | 3,473 | 3,473 | 3,473 | 3,473 | 3,473 | 3,473 | 3,473 | 3,473 | 3,473 | |
| Warehouse (0.5 FTE) | 1,612 | 1,612 | 1,612 | 1,612 | 1,612 | 1,612 | 1,612 | 1,612 | 1,612 | 1,612 | 1,612 | 1,612 | |
| Customer service (0.5 FTE) | 2,630 | 2,630 | 2,630 | 2,630 | 2,630 | 2,630 | 2,630 | 2,630 | 2,630 | 2,630 | 2,630 | 2,630 | |
| Customer service (0.5 FTE) | 1,898 | 1,898 | 1,898 | 1,898 | 1,898 | 1,898 | 1,898 | 1,898 | 1,898 | 1,898 | 1,898 | 1,898 | |
| Annual increases in January | 5% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Commissions | | | | | | | | | | | | | |
| Melded as percent of prior month sales | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | |
| Payroll taxes | | | | | | | | | | | | | |
| Officer | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | |
| Other | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | |
| Employee medical insurance | | | | | | | | | | | | | |
| Officer | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 1,400 | 1,400 | 1,400 | 1,400 | |
| Other | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,300 | 5,800 | 5,800 | 5,800 | |
| Annual increases in October | | | | | | | | | | 10% | | | |
| 401(k) match, ex commissions | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | |

## S.T.O. INDUSTRIES, INC.
## (dba FANACO FASTENERS)
## CASH FLOW PROJECTION

| | | Jan-2012 | Feb-2012 | Mar-2012 | Apr-2012 | May-2012 | Jun-2012 | Jul-2012 | Aug-2012 | Sep-2012 | Oct-2012 | Nov-2012 | Dec-2012 | Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Statement** | | | | | | | | | | | | | | |
| Sales | | 850,000 | 750,000 | 800,000 | 900,000 | 1,000,000 | 900,000 | 900,000 | 900,000 | 900,000 | 750,000 | 750,000 | 600,000 | 10,000,000 |
| Cost of goods sold | | (624,800) | (551,300) | (588,000) | (661,500) | (735,000) | (661,500) | (661,500) | (661,500) | (661,500) | (551,300) | (551,300) | (441,000) | (7,350,200) |
| Gross margin | | 225,200 | 198,700 | 212,000 | 238,500 | 265,000 | 238,500 | 238,500 | 238,500 | 238,500 | 198,700 | 198,700 | 159,000 | 2,649,800 |
| Freight out | | 55,300 | 48,800 | 52,000 | 58,500 | 65,000 | 58,500 | 58,500 | 58,500 | 58,500 | 48,800 | 48,800 | 39,000 | 650,200 |
| Employee costs | | 64,300 | 74,300 | 70,800 | 72,600 | 76,200 | 79,700 | 76,200 | 76,200 | 76,300 | 76,800 | 71,400 | 71,400 | 886,200 |
| Occupancy | | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 438,000 |
| Other costs | | 15,800 | 15,800 | 15,800 | 15,800 | 15,800 | 15,800 | 15,800 | 15,800 | 15,800 | 15,800 | 15,800 | 15,800 | 189,600 |
| Income / (loss) before interest, taxes, and depreciation | | 53,300 | 23,300 | 36,900 | 55,100 | 71,500 | 48,000 | 51,500 | 51,500 | 51,400 | 20,800 | 26,200 | (3,700) | 485,800 |
| Interest expense | | 13,500 | 12,500 | 13,300 | 12,800 | 13,100 | 12,600 | 12,900 | 12,800 | 12,300 | 12,700 | 12,200 | 12,500 | 153,200 |
| Income / (loss) before income taxes and depreciation | | 39,800 | 10,800 | 23,600 | 42,300 | 58,400 | 35,400 | 38,600 | 38,700 | 39,100 | 8,100 | 14,000 | (16,200) | 332,600 |
| Income tax at | 0% / | (12,700) | (3,500) | (7,600) | (13,500) | (18,700) | (11,300) | (12,400) | (12,400) | (12,500) | (2,600) | (4,500) | 5,200 | (106,500) |
| Income / (loss) | | 27,100 | 7,300 | 16,000 | 28,800 | 39,700 | 24,100 | 26,200 | 26,300 | 26,600 | 5,500 | 9,500 | (11,000) | 226,100 |

**S.T.O. INDUSTRIES, INC.**
**(dba FANACO FASTENERS)**
**CASH FLOW PROJECTION**

| | Jan-2013 | Feb-2013 | Mar-2013 | Apr-2013 | May-2013 | Jun-2013 | Jul-2013 | Aug-2013 | Sep-2013 | Oct-2013 | Nov-2013 | Dec-2013 | Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | | | | | | | |
| Accounts receivable collections | 675,000 | 775,900 | 813,000 | 812,300 | 897,800 | 989,600 | 976,500 | 950,300 | 950,300 | 945,000 | 858,400 | 803,300 | 10,447,400 |
| Other | | | | | | | | | | | | | |
| | 675,000 | 775,900 | 813,000 | 812,300 | 897,800 | 989,600 | 976,500 | 950,300 | 950,300 | 945,000 | 858,400 | 803,300 | 10,447,400 |
| **Disbursements, excluding debt** | | | | | | | | | | | | | |
| Product purchases | 598,100 | 656,000 | 733,200 | 683,200 | 669,600 | 769,600 | 694,600 | 636,700 | 578,800 | 521,000 | 575,200 | 646,800 | 7,762,800 |
| Freight out | 58,000 | 51,200 | 54,600 | 61,400 | 68,300 | 61,400 | 61,400 | 61,400 | 61,400 | 51,200 | 51,200 | 41,000 | 682,500 |
| Employee costs | | | | | | | | | | | | | |
| Commissions | 19,500 | 29,000 | 25,600 | 27,300 | 30,700 | 34,100 | 30,700 | 30,700 | 30,700 | 30,700 | 25,600 | 25,600 | 340,200 |
| Salaries | | | | | | | | | | | | | |
| Officers | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 240,000 |
| Other | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 168,000 |
| Payroll taxes | 5,000 | 6,000 | 5,700 | 5,900 | 6,200 | 6,600 | 6,200 | 6,200 | 6,200 | 6,200 | 5,700 | 5,700 | 71,600 |
| Medical insurance | 7,200 | 7,200 | 7,200 | 7,200 | 7,200 | 7,200 | 7,200 | 7,200 | 7,200 | 7,200 | 7,900 | 7,900 | 88,500 |
| Other benefits - 401(k) | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| Occupancy | | | | | | | | | | | | | |
| Rent | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 330,000 |
| Operating costs | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 108,000 |
| Less: Sublease income | | | | | | | | | | | | | |
| Utilities | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| Repairs and maintenance | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| Travel and entertainment - Sales | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 42,000 |
| Telephone | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 |
| Insurance | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 |
| Professional fees | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 |
| US Trustee fees | | | | | | | | | | | | | |
| Other | 3,700 | 3,700 | 3,700 | 3,700 | 3,700 | 3,700 | 3,700 | 3,700 | 3,700 | 3,700 | 3,700 | 3,700 | 44,400 |
| Income taxes | | | | | | | | | | | | 131,500 | 131,500 |
| | 775,200 | 836,800 | 913,700 | 872,400 | 869,400 | 966,300 | 887,500 | 829,600 | 771,700 | 704,400 | 753,000 | 945,900 | 10,125,900 |
| **Excess / (shortfall) of receipts over disbursements before debt** | (100,200) | (60,900) | (100,700) | (60,100) | 28,400 | 23,300 | 89,000 | 120,700 | 178,600 | 240,600 | 105,400 | (142,600) | 321,500 |
| **Debt service** | | | | | | | | | | | | | |
| Banner Bank | | | | | | | | | | | | | |
| Interest | (12,400) | (11,100) | (12,200) | (11,700) | (12,000) | (11,500) | (11,800) | (11,700) | (11,300) | (11,500) | (11,100) | (11,300) | (139,600) |
| Principal | (17,600) | (18,900) | (17,800) | (18,300) | (18,000) | (18,300) | (18,200) | (18,300) | (18,700) | (18,500) | (18,900) | (18,700) | (220,400) |
| | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (360,000) |
| Claims | | | | | | | | | | | | | |
| General, unsecured | (21,800) | | | (21,800) | | | (21,800) | | | (21,800) | | | (87,200) |
| Priority | | | | | | | | | | | | | |
| | (21,800) | | | (21,800) | | | (21,800) | | | (21,800) | | | (87,200) |
| **Excess / (shortfall) of receipts over disbursements after debt** | (152,000) | (90,900) | (130,700) | (111,900) | (1,600) | (6,700) | 37,200 | 90,700 | 148,600 | 188,800 | 75,400 | (172,600) | (125,700) |
| **Beginning cash** | 518,100 | 366,100 | 275,200 | 144,500 | 32,600 | 31,000 | 24,300 | 61,500 | 152,200 | 300,800 | 489,600 | 565,000 | 518,100 |
| **Ending cash** | 366,100 | 275,200 | 144,500 | 32,600 | 31,000 | 24,300 | 61,500 | 152,200 | 300,800 | 489,600 | 565,000 | 392,400 | 392,400 |

Case 09-12521-KAO Doc 314 Filed 03/22/10 Entered 03/22/10 11:20:08 Page 41 of 48

## S.T.O. INDUSTRIES, INC.
### (dba FANACO FASTENERS)
### CASH FLOW PROJECTION

| | Jan-2013 | Feb-2013 | Mar-2013 | Apr-2013 | May-2013 | Jun-2013 | Jul-2013 | Aug-2013 | Sep-2013 | Oct-2013 | Nov-2013 | Dec-2013 | Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales / receivables** | | | | | | | | | | | | | |
| Beginning receivables | 1,057,000 | 1,274,500 | 1,286,100 | 1,313,100 | 1,445,800 | 1,598,000 | 1,553,400 | 1,521,900 | 1,516,600 | 1,511,300 | 1,353,800 | 1,282,900 | 1,057,000 |
| Sales | 892,500 | 787,500 | 840,000 | 945,000 | 1,050,000 | 945,000 | 945,000 | 945,000 | 945,000 | 787,500 | 787,500 | 630,000 | 10,500,000 |
| Collections | | | | | | | | | | | | | |
| On projected sales | (675,000) | (775,900) | (813,000) | (812,300) | (897,800) | (989,600) | (976,500) | (950,300) | (950,300) | (945,000) | (858,400) | (803,300) | (10,447,400) |
| Ending receivables | 1,274,500 | 1,286,100 | 1,313,100 | 1,445,800 | 1,598,000 | 1,553,400 | 1,521,900 | 1,516,600 | 1,511,300 | 1,353,800 | 1,282,900 | 1,109,600 | 1,109,600 |
| **Inventory** | | | | | | | | | | | | | |
| Beginning inventory | 2,480,400 | 2,422,500 | 2,499,700 | 2,615,500 | 2,604,100 | 2,501,900 | 2,576,900 | 2,576,900 | 2,519,000 | 2,403,200 | 2,345,400 | 2,341,800 | 2,480,400 |
| Cost of sales | (656,000) | (578,800) | (617,400) | (694,600) | (771,800) | (694,600) | (694,600) | (694,600) | (694,600) | (578,800) | (578,800) | (463,100) | (7,717,700) |
| Purchases | | | | | | | | | | | | | |
| Calculated | 598,100 | 656,000 | 733,200 | 733,200 | 694,600 | 694,600 | 694,600 | 636,700 | 578,800 | 521,000 | 575,200 | 646,800 | 7,762,800 |
| Adjustments | | | | (50,000) | (25,000) | 75,000 | | | | | | | - |
| Ending inventory | 2,422,500 | 2,499,700 | 2,615,500 | 2,604,100 | 2,501,900 | 2,576,900 | 2,576,900 | 2,519,000 | 2,403,200 | 2,345,400 | 2,341,800 | 2,525,500 | 2,525,500 |
| **Purchases as percentage of cost of sales in following months** | | | | | | | | | | | | | |
| First following | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | |
| Second following | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | |
| Adjust: | | | | | | | | | | | | | |
| | | | | | | | | | | | | | **Change for year** |
| **Combined collateral** | | | | | | | | | | | | | |
| Collateral | | | | | | | | | | | | | |
| Cash | 366,100 | 275,200 | 144,500 | 32,600 | 31,000 | 24,300 | 61,500 | 152,200 | 300,800 | 489,600 | 565,000 | 392,400 | (125,700) |
| Receivables | 1,274,500 | 1,286,100 | 1,313,100 | 1,445,800 | 1,598,000 | 1,553,400 | 1,521,900 | 1,516,600 | 1,511,300 | 1,353,800 | 1,282,900 | 1,109,600 | 52,600 |
| Inventory | 2,422,500 | 2,499,700 | 2,615,500 | 2,604,100 | 2,501,900 | 2,576,900 | 2,576,900 | 2,519,000 | 2,403,200 | 2,345,400 | 2,341,800 | 2,525,500 | 45,100 |
| Line balance | 4,063,100 | 4,061,000 | 4,073,100 | 4,082,500 | 4,130,900 | 4,154,600 | 4,160,300 | 4,187,800 | 4,215,300 | 4,188,800 | 4,189,700 | 4,027,500 | (28,000) |
| | 2,380,300 | 2,361,400 | 2,345,600 | 2,325,300 | 2,307,300 | 2,288,800 | 2,270,600 | 2,252,300 | 2,233,600 | 2,215,100 | 2,196,200 | 2,177,500 | (220,400) |
| Excess collateral | 1,682,800 | 1,699,600 | 1,729,500 | 1,757,200 | 1,823,600 | 1,865,800 | 1,889,700 | 1,935,500 | 1,981,700 | 1,973,700 | 1,993,500 | 1,850,000 | 192,400 |

Case 09-12521-KAO   Doc 314   Filed 03/22/10   Entered 03/22/10 13:11:20   Page 42 of 48

## S.T.O. INDUSTRIES, INC.
## (dba FANACO FASTENERS)
## CASH FLOW PROJECTION

| | Jan-2013 | Feb-2013 | Mar-2013 | Apr-2013 | May-2013 | Jun-2013 | Jul-2013 | Aug-2013 | Sep-2013 | Oct-2013 | Nov-2013 | Dec-2013 | Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assumptions** | | | | | | | | | | | | | |
| % of annual sales by month | 8.50% | 7.50% | 8.00% | 9.00% | 10.00% | 9.00% | 9.00% | 9.00% | 9.00% | 7.50% | 7.50% | 6.00% | 100.00% |
| Annual Sales | | | | | | | | | | | | | |
| 2011 | 9,500,000 | | | | | | | | | | | | |
| 2012 | 10,000,000 | | | | | | | | | | | | |
| 2013 | 10,500,000 | | | | | | | | | | | | |
| 2014 | 11,000,000 | | | | | | | | | | | | |
| 2015 | 11,600,000 | | | | | | | | | | | | |
| Sales by month | 892,500 | 787,500 | 840,000 | 945,000 | 1,050,000 | 945,000 | 945,000 | 945,000 | 945,000 | 787,500 | 787,500 | 630,000 | 10,500,000 |
| | | | | | | | | | | | | | |
| **Receivable collections** | | | | | | | | | | | | | |
| On projected sales | | | | | | | | | | | | | |
| Same month as sale | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| First following month | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | |
| Second following month | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | |
| Third following month | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | |
| Later | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | |
| | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | |
| | | | | | | | | | | | | | |
| Sales margin as % of sales | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | |
| Freight out as percent of sales | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | |
| | | | | | | | | | | | | | |
| **Other salaries** | | | | | | | | | | | | | |
| Bookkeeper | 3,848 | 3,848 | 3,848 | 3,848 | 3,848 | 3,848 | 3,848 | 3,848 | 3,848 | 3,848 | 3,848 | 3,848 | |
| Purchasing / warehouse | 3,647 | 3,647 | 3,647 | 3,647 | 3,647 | 3,647 | 3,647 | 3,647 | 3,647 | 3,647 | 3,647 | 3,647 | |
| Warehouse (0.5 FTE) | 1,693 | 1,693 | 1,693 | 1,693 | 1,693 | 1,693 | 1,693 | 1,693 | 1,693 | 1,693 | 1,693 | 1,693 | |
| Customer service (0.5 FTE) | 2,762 | 2,762 | 2,762 | 2,762 | 2,762 | 2,762 | 2,762 | 2,762 | 2,762 | 2,762 | 2,762 | 2,762 | |
| Customer service (0.5 FTE) | 1,993 | 1,993 | 1,993 | 1,993 | 1,993 | 1,993 | 1,993 | 1,993 | 1,993 | 1,993 | 1,993 | 1,993 | |
| Annual increases in January | 5% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Commissions | | | | | | | | | | | | | |
| Melded as percent of prior month sales | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | |
| Payroll taxes | | | | | | | | | | | | | |
| Officer | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | |
| Other | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | |
| Employee medical insurance | | | | | | | | | | | | | |
| Officer | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,500 | 1,500 | 1,500 | |
| Other | 5,800 | 5,800 | 5,800 | 5,800 | 5,800 | 5,800 | 5,800 | 5,800 | 5,800 | 6,400 | 6,400 | 6,400 | |
| Annual increases in October | | | | | | | | | | 10% | | | |
| 401(k) match, ex commissions | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | |

**S.T.O. INDUSTRIES, INC.**
**(dba FANACO FASTENERS)**
**CASH FLOW PROJECTION**

| | Jan-2013 | Feb-2013 | Mar-2013 | Apr-2013 | May-2013 | Jun-2013 | Jul-2013 | Aug-2013 | Sep-2013 | Oct-2013 | Nov-2013 | Dec-2013 | Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Statement** | | | | | | | | | | | | | |
| Sales | 892,500 | 787,500 | 840,000 | 945,000 | 1,050,000 | 945,000 | 945,000 | 945,000 | 945,000 | 787,500 | 787,500 | 630,000 | 10,500,000 |
| Cost of goods sold | (656,000) | (578,800) | (617,400) | (694,600) | (771,800) | (694,600) | (694,600) | (694,600) | (694,600) | (578,800) | (578,800) | (463,100) | (7,717,700) |
| Gross margin | 236,500 | 208,700 | 222,600 | 250,400 | 278,200 | 250,400 | 250,400 | 250,400 | 250,400 | 208,700 | 208,700 | 166,900 | 2,782,300 |
| Freight out | 58,000 | 51,200 | 54,600 | 61,400 | 68,500 | 61,400 | 61,400 | 61,400 | 61,400 | 51,200 | 51,200 | 41,000 | 682,500 |
| Employee costs | 66,700 | 77,200 | 73,500 | 75,400 | 79,100 | 82,900 | 79,100 | 79,100 | 79,100 | 79,800 | 74,200 | 74,200 | 920,300 |
| Occupancy | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 438,000 |
| Other costs | 15,900 | 15,900 | 15,900 | 15,900 | 15,900 | 15,900 | 15,900 | 15,900 | 15,900 | 15,900 | 15,900 | 15,900 | 190,800 |
| Income / (loss) before interest, taxes, and depreciation | 59,400 | 27,900 | 42,100 | 61,200 | 78,400 | 53,700 | 57,500 | 57,500 | 57,500 | 25,300 | 30,900 | (700) | 550,700 |
| | | | | | | | | | | | | | - |
| Interest expense | 12,400 | 11,100 | 12,200 | 11,700 | 12,000 | 11,500 | 11,800 | 11,700 | 11,300 | 11,500 | 11,100 | 11,300 | 139,600 |
| Income / (loss) before income taxes and depreciation | 47,000 | 16,800 | 29,900 | 49,500 | 66,400 | 42,200 | 45,700 | 45,800 | 46,200 | 13,800 | 19,800 | (12,000) | 411,100 |
| Income tax at 0% / | (15,000) | (5,400) | (9,600) | (15,800) | (21,200) | (13,500) | (14,600) | (14,700) | (14,800) | (4,400) | (6,300) | 3,800 | (131,500) |
| Income / (loss) | 32,000 | 11,400 | 20,300 | 33,700 | 45,200 | 28,700 | 31,100 | 31,100 | 31,400 | 9,400 | 13,500 | (8,200) | 279,600 |

## S.T.O. INDUSTRIES, INC.
### (dba FANACO FASTENERS)
### CASH FLOW PROJECTION

| | Jan-2014 | Feb-2014 | Mar-2014 | Apr-2014 | May-2014 | Jun-2014 | Jul-2014 | Aug-2014 | Sep-2014 | Oct-2014 | Nov-2014 | Dec-2014 | Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | | | | | | | |
| Accounts receivable collections | 708,800 | 813,500 | 851,900 | 851,000 | 940,500 | 1,036,800 | 1,023,000 | 995,500 | 995,500 | 990,000 | 899,300 | 841,500 | 10,947,300 |
| Other | | | | | | | | | | | | | |
| | 708,800 | 813,500 | 851,900 | 851,000 | 940,500 | 1,036,800 | 1,023,000 | 995,500 | 995,500 | 990,000 | 899,300 | 841,500 | 10,947,300 |
| **Disbursements, excluding debt** | | | | | | | | | | | | | |
| Product purchases | 626,600 | 687,500 | 768,100 | 593,100 | 702,700 | 777,700 | 777,700 | 717,100 | 606,400 | 545,800 | 604,900 | 682,100 | 8,089,500 |
| Freight out | 60,800 | 53,600 | 57,200 | 64,400 | 71,500 | 64,400 | 64,400 | 64,400 | 64,400 | 53,600 | 53,600 | 42,900 | 715,200 |
| Employee costs | | | | | | | | | | | | | |
| Commissions | 20,500 | 30,400 | 26,800 | 28,600 | 32,200 | 35,800 | 32,200 | 32,200 | 32,200 | 32,200 | 26,800 | 26,800 | 356,700 |
| Salaries | | | | | | | | | | | | | |
| Officers | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 240,000 |
| Other | 14,700 | 14,700 | 14,700 | 14,700 | 14,700 | 14,700 | 14,700 | 14,700 | 14,700 | 14,700 | 14,700 | 14,700 | 176,400 |
| Payroll taxes | 5,200 | 6,300 | 5,900 | 6,100 | 6,500 | 6,800 | 6,500 | 6,500 | 6,500 | 6,500 | 5,900 | 5,900 | 74,600 |
| Medical insurance | 7,900 | 7,900 | 7,900 | 7,900 | 7,900 | 7,900 | 7,900 | 7,900 | 7,900 | 8,700 | 8,700 | 8,700 | 97,200 |
| Other benefits - 401(k) | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| Occupancy | | | | | | | | | | | | | |
| Rent | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 | 330,000 |
| Operating costs | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 108,000 |
| Less: Sublease income | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| Repairs and maintenance | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| Travel and entertainment - Sales | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 42,000 |
| Telephone | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 |
| Insurance | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 |
| Professional fees | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 |
| US Trustee fees | 3,800 | 3,800 | 3,800 | 3,800 | 3,800 | 3,800 | 3,800 | 3,800 | 3,800 | 3,800 | 3,800 | 3,800 | 45,600 |
| Other | | | | | | | | | | | | | |
| Income taxes | | | | | | | | | | | | 155,900 | 155,900 |
| | 809,200 | 873,700 | 954,100 | 788,300 | 909,000 | 980,800 | 976,900 | 916,300 | 805,600 | 735,000 | 788,100 | 1,010,500 | 10,547,500 |
| **Excess / (shortfall) of receipts** | | | | | | | | | | | | | |
| over disbursements before debt | (100,400) | (60,200) | (102,200) | 62,700 | 31,500 | 56,000 | 46,100 | 79,200 | 189,900 | 255,000 | 111,200 | (169,000) | 399,800 |
| **Debt service** | | | | | | | | | | | | | |
| Banner Bank | | | | | | | | | | | | | |
| Interest | (11,200) | (10,100) | (11,000) | (10,600) | (10,800) | (10,400) | (10,600) | (10,500) | (10,100) | (10,300) | (9,900) | (10,100) | (125,600) |
| Principal | (18,800) | (19,900) | (19,000) | (19,400) | (19,200) | (19,000) | (19,400) | (19,500) | (19,500) | (19,700) | (20,100) | (19,900) | (234,400) |
| | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (360,000) |
| **Claims** | | | | | | | | | | | | | |
| General, unsecured | (21,800) | | | (21,800) | | | (21,800) | | | (21,800) | | | (87,200) |
| Priority | | | | | | | | | | | | | |
| | (21,800) | | | (21,800) | | | (21,800) | | | (21,800) | | | (87,200) |
| **Excess / (shortfall) of receipts** | | | | | | | | | | | | | |
| over disbursements after debt | (152,200) | (90,200) | (132,200) | 10,900 | 1,500 | 26,000 | (5,700) | 49,200 | 159,900 | 203,200 | 81,200 | (199,000) | (47,400) |
| **Beginning cash** | 392,400 | 240,200 | 150,000 | 17,800 | 28,700 | 30,200 | 56,200 | 50,500 | 99,700 | 259,600 | 462,800 | 544,000 | 392,400 |
| **Ending cash** | 240,200 | 150,000 | 17,800 | 28,700 | 30,200 | 56,200 | 50,500 | 99,700 | 259,600 | 462,800 | 544,000 | 345,000 | 345,000 |

## S.T.O. INDUSTRIES, INC.
### (dba FANACO FASTENERS)
### CASH FLOW PROJECTION

| | Jan-2014 | Feb-2014 | Mar-2014 | Apr-2014 | May-2014 | Jun-2014 | Jul-2014 | Aug-2014 | Sep-2014 | Oct-2014 | Nov-2014 | Dec-2014 | Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales / receivables** | | | | | | | | | | | | | |
| Beginning receivables | 1,109,600 | 1,335,800 | 1,347,300 | 1,375,400 | 1,514,400 | 1,673,900 | 1,627,100 | 1,594,100 | 1,588,600 | 1,583,100 | 1,418,100 | 1,343,800 | 1,109,600 |
| Sales | 955,000 | 825,000 | 880,000 | 990,000 | 1,100,000 | 990,000 | 990,000 | 990,000 | 990,000 | 825,000 | 825,000 | 660,000 | 11,000,000 |
| Collections | | | | | | | | | | | | | |
| On projected sales | (708,800) | (813,500) | (851,900) | (851,000) | (940,500) | (1,036,800) | (1,023,000) | (995,500) | (995,500) | (990,000) | (899,300) | (841,500) | (10,947,300) |
| Ending receivables | 1,335,800 | 1,347,300 | 1,375,400 | 1,514,400 | 1,673,900 | 1,627,100 | 1,594,100 | 1,588,600 | 1,583,100 | 1,418,100 | 1,343,800 | 1,162,300 | 1,162,300 |
| | | | | | | | | | | | | | |
| **Inventory** | | | | | | | | | | | | | |
| Beginning inventory | 2,525,500 | 2,464,900 | 2,545,800 | 2,667,100 | 2,532,500 | 2,426,700 | 2,476,700 | 2,526,700 | 2,516,100 | 2,394,800 | 2,334,200 | 2,332,700 | 2,525,500 |
| Cost of sales | (687,200) | (606,400) | (646,800) | (727,700) | (808,500) | (727,700) | (727,700) | (727,700) | (727,700) | (606,400) | (606,400) | (485,100) | (8,085,300) |
| Purchases | | | | | | | | | | | | | |
| Calculated | 626,600 | 687,300 | 768,100 | 693,100 | 702,700 | 777,700 | 727,700 | 667,100 | 606,400 | 545,800 | 604,900 | 682,100 | 8,089,500 |
| Adjustments | | | | (100,000) | (25,000) | 50,000 | 50,000 | 50,000 | | | | | |
| Ending inventory | 2,464,900 | 2,545,800 | 2,667,100 | 2,532,500 | 2,426,700 | 2,476,700 | 2,526,700 | 2,516,100 | 2,394,800 | 2,334,200 | 2,332,700 | 2,529,700 | 2,529,700 |
| | | | | | | | | | | | | | |
| **Purchases as percentage of cost of sales in following months** | | | | | | | | | | | | | |
| First following | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | |
| Second following | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | 50.0% | |
| Adjust: | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **Combined collateral** | | | | | | | | | | | | | Change for year |
| Collateral | | | | | | | | | | | | | |
| Cash | 240,200 | 150,000 | 17,800 | 28,700 | 30,200 | 56,200 | 50,500 | 99,700 | 259,600 | 462,800 | 544,000 | 345,000 | (47,400) |
| Receivables | 1,335,800 | 1,347,300 | 1,375,400 | 1,514,400 | 1,673,900 | 1,627,100 | 1,594,100 | 1,588,600 | 1,583,100 | 1,418,100 | 1,343,800 | 1,162,300 | 52,700 |
| Inventory | 2,464,900 | 2,545,800 | 2,667,100 | 2,552,500 | 2,426,700 | 2,476,700 | 2,526,700 | 2,516,100 | 2,394,800 | 2,334,200 | 2,332,700 | 2,529,700 | 4,200 |
| | 4,040,900 | 4,043,100 | 4,060,300 | 4,075,600 | 4,130,800 | 4,160,000 | 4,171,300 | 4,204,400 | 4,237,500 | 4,215,100 | 4,220,500 | 4,037,000 | 9,500 |
| Line balance | 2,158,700 | 2,138,800 | 2,119,800 | 2,100,400 | 2,081,200 | 2,061,600 | 2,042,000 | 2,022,700 | 2,002,800 | 1,983,100 | 1,963,000 | 1,943,100 | (234,400) |
| Excess collateral | 1,882,200 | 1,904,300 | 1,940,500 | 1,975,200 | 2,049,600 | 2,098,400 | 2,129,100 | 2,181,700 | 2,234,700 | 2,232,000 | 2,257,500 | 2,093,900 | 243,900 |

| | Jan-2014 | Feb-2014 | Mar-2014 | Apr-2014 | May-2014 | Jun-2014 | Jul-2014 | Aug-2014 | Sep-2014 | Oct-2014 | Nov-2014 | Dec-2014 | Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assumptions** | | | | | | | | | | | | | |
| % of annual sales by month | 8.50% | 7.50% | 8.00% | 9.00% | 10.00% | 9.00% | 9.00% | 9.00% | 9.00% | 7.50% | 7.50% | 6.00% | 100.00% |
| Annual Sales | | | | | | | | | | | | | |
| 2011 9,500,000 | | | | | | | | | | | | | |
| 2012 10,000,000 | | | | | | | | | | | | | |
| 2013 10,500,000 | | | | | | | | | | | | | |
| 2014 11,000,000 | | | | | | | | | | | | | |
| 2015 11,600,000 | | | | | | | | | | | | | |
| Sales by month | 935,000 | 825,000 | 880,000 | 990,000 | 1,100,000 | 990,000 | 990,000 | 990,000 | 990,000 | 825,000 | 825,000 | 660,000 | 11,000,000 |
| **Receivable collections** | | | | | | | | | | | | | |
| On projected sales | | | | | | | | | | | | | |
| Same month as sale | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| First following month | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | |
| Second following month | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | |
| Third following month | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | |
| Later | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | |
| | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | |
| Sales margin as % of sales | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | |
| Freight out as percent of sales | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | |
| **Other salaries** | | | | | | | | | | | | | |
| Bookkeeper | 4,040 | 4,040 | 4,040 | 4,040 | 4,040 | 4,040 | 4,040 | 4,040 | 4,040 | 4,040 | 4,040 | 4,040 | |
| Purchasing / warehouse | 3,829 | 3,829 | 3,829 | 3,829 | 3,829 | 3,829 | 3,829 | 3,829 | 3,829 | 3,829 | 3,829 | 3,829 | |
| Warehouse (0.5 FTE) | 1,778 | 1,778 | 1,778 | 1,778 | 1,778 | 1,778 | 1,778 | 1,778 | 1,778 | 1,778 | 1,778 | 1,778 | |
| Customer service (0.5 FTE) | 2,900 | 2,900 | 2,900 | 2,900 | 2,900 | 2,900 | 2,900 | 2,900 | 2,900 | 2,900 | 2,900 | 2,900 | |
| Customer service (0.5 FTE) | 2,093 | 2,093 | 2,093 | 2,093 | 2,093 | 2,093 | 2,093 | 2,093 | 2,093 | 2,093 | 2,093 | 2,093 | |
| Annual increases in January | 5% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| **Commissions** | | | | | | | | | | | | | |
| Melded as percent of prior month sales | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | |
| **Payroll taxes** | | | | | | | | | | | | | |
| Officer | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | 7.65% | |
| Other | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | 10.50% | |
| **Employee medical insurance** | | | | | | | | | | | | | |
| Officer | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,700 | 1,700 | 1,700 | |
| Other | 6,400 | 6,400 | 6,400 | 6,400 | 6,400 | 6,400 | 6,400 | 6,400 | 6,400 | 7,000 | 7,000 | 7,000 | |
| Annual increases in October | | | | | | | | | | 10% | | | |
| 401(k) match, ex commissions | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | |

## S.T.O. INDUSTRIES, INC.
### (dba FANACO FASTENERS)
### CASH FLOW PROJECTION

| | Jan-2014 | Feb-2014 | Mar-2014 | Apr-2014 | May-2014 | Jun-2014 | Jul-2014 | Aug-2014 | Sep-2014 | Oct-2014 | Nov-2014 | Dec-2014 | Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Statement** | | | | | | | | | | | | | |
| Sales | 935,000 | 825,000 | 880,000 | 990,000 | 1,100,000 | 990,000 | 990,000 | 990,000 | 990,000 | 825,000 | 825,000 | 660,000 | 11,000,000 |
| Cost of goods sold | (687,200) | (606,400) | (646,800) | (727,700) | (808,500) | (727,700) | (727,700) | (727,700) | (727,700) | (606,400) | (606,400) | (485,100) | (8,085,300) |
| Gross margin | 247,800 | 218,600 | 233,200 | 262,300 | 291,500 | 262,300 | 262,300 | 262,300 | 262,300 | 218,600 | 218,600 | 174,900 | 2,914,700 |
| Freight out | 60,800 | 53,600 | 57,200 | 64,400 | 71,500 | 64,400 | 64,400 | 64,400 | 64,400 | 53,600 | 53,600 | 42,900 | 715,200 |
| Employee costs | 69,300 | 80,300 | 76,300 | 78,300 | 82,300 | 86,200 | 82,300 | 82,300 | 82,300 | 83,100 | 77,100 | 77,100 | 956,900 |
| Occupancy | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 36,500 | 438,000 |
| Other costs | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 192,000 |
| Income / (loss) before interest, taxes, and depreciation | 65,200 | 32,200 | 47,200 | 67,100 | 85,200 | 59,200 | 63,100 | 65,100 | 63,100 | 29,400 | 35,400 | 2,400 | 612,600 |
| Interest expense | 11,200 | 10,100 | 11,000 | 10,600 | 10,800 | 10,400 | 10,600 | 10,500 | 10,100 | 10,300 | 9,990 | 10,100 | 125,600 |
| Income / (loss) before income taxes and depreciation | 54,000 | 22,100 | 36,200 | 56,500 | 74,400 | 48,800 | 52,500 | 52,600 | 53,000 | 19,100 | 25,500 | (7,700) | 487,000 |
| Income tax at 0% / | (17,300) | (7,100) | (11,600) | (18,100) | (23,800) | (15,600) | (16,800) | (16,800) | (17,000) | (6,100) | (8,200) | (2,500) | (155,900) |
| Income / (loss) | 36,700 | 15,000 | 24,600 | 38,400 | 50,600 | 33,200 | 35,700 | 35,800 | 36,000 | 13,000 | 17,300 | (5,200) | 331,100 |