Form ntcconf (01/2006)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re:

    STO Industries Inc

    Debtor(s).

Case Number: 09−12521−TTG
Chapter: 11

---

## NOTICE OF ORDER CONFIRMING PLAN

### Order entered confirming Third Amended Plan

TO: DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST

YOU ARE NOTIFIED that an Order Confirming the Plan was signed on **March 22, 2010** by U.S. Bankruptcy Court Judge **Thomas T. Glover**.

Dated: March 22, 2010

    Mark L. Hatcher
    Clerk, U.S. Bankruptcy Court

    By: Tony Schiro
    Deputy Clerk