Debtor: Jacob and Lena Davis        Case #: 09-12512
Date of Confirmation: March 8, 2010
Post-Confirmation Report for Local Rule 2015-2(c) for 3 months ending 9/30/2010

1.  A summary by class, of amounts distributed or property transferred to each recipient under the plan, and an explanation of the failure to make any distributions or transfers of property under the plan:

N/A

2.  Debtor's projections as to its continuing ability to comply with the terms of the plan:
    OK

3.  A report of any pending or anticipated litigation, including the nature of each matter, the parties involved, and an estimated date when the matter will be resolved:

None

4.  A description of any other factors that my materially affect the debtor's ability to consummate the plan:

None

5.  An estimated date when an application for final decree will be filed with the court:

    N/A